FILED

Name  Dr. Anthony  Nguyen -Harvard PostDoc-JD-LLM-M.S,M.Arch,MBA

Contacted Attorney :

Address    PO BOX 9591 FOUNTAIN VALLEY CA 92708.

Phone
Fax number
Email

2017 JAN -5  PM 2: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY

# US DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SACV 17 · 00015 AG (JCGx)

THIEN TRAN

)
) Case
)
)
)  NOTICE OF REMOVAL  CASES FROM
)  ORANGE COUNTY SUPERIOR COURT .
)

Plaintiff,

)  **Case THIEN TRAN v. ANTHONY NGUYEN**

vs.

)
)  **(00722873 with a lot of Federal Questions on Rights**
)  **of Crime Victim and Constitutional Laws in Due**
)  **Process and other Federal Laws like RICO**
)  **Criminal Acts ).**
)

ANTHONY NGUYEN .

)  **(TRAN made up a Civil Harassment case to cover**
)  **his crime case-Murder -14-21472 -BUENA PARK**
     **POLICE  and his Federal Criminal Activities was**
     **pointed out in Federal RICO case -SACV -16-**
     **02137).**
     **(TRAN and Andrew Weiss as his counsel did a lot**
     **of death threats -Witness Tampering to Crime**
     **Victim Nguyen from 2014 until now -Case#066851**
     **-GGPD).**

Defendant.

1

**NOTICE TO RELATED CASES AND REMOVAL TO THIS US DISTRICT COURT CASE.**

**TRAN V.NGUYEN ( CIVIL HARASSMENT, FEDERAL QUESTIONS ARISING).**
**ORANGE COUNTY SUPERIOR COURT : 30-2014-00722873.**
**NGUYEN V. TRAN ( CIVIL HARASSMENT,FEDERAL QUESTIONS ARISING ).**
**ORANGE COUNTY SUPERIOR COURT : 30-2014-00722268.**
**NGUYEN V. TRAN ( BATTERY AND OTHER FEDERAL QUESTIONS ) 30-2014-00729544.**

# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Party Crime -Victim of Attempted MURDER  Anthony Nguyen ( **NGUYEN was nearly died and was in ER of VA Military Medical Center  for 01 day and still under serious treatments until now** ) , by and through his  undersigned counsel or proper ,hereby remove this action from the Superior Court of Orange County , California to the United States District Court for the Central District of California .

Removal is based on federal question jurisdiction because a federal question appears on the face of the initial pleading filed by **THIEN TRAN at Plaintiff of Orange County Superior Court (30-2014-00722873-Tran V. Nguyen )** , Tony Nguyen at Plaintiff of Orange County  Superior Court ( 30-2014-00729544,Nguyen V. Tran ) and 30-2014-00722268,Nguyen v. Tran ).

In support of its notice, Plaintiff states as follows:

# BACKGROUNDS:

On 05/2014 , Plaintiff  was Crime Victim of Attempted MURDER caused from BATTERY by Deadly Weapon to cover Federal Crime Activities of THIEN TRAN and THU HIEN NGUYEN . ( Plaintiff NGUYEN was nearly died and went to VA Military ER almost a day  from suddenly attacks from TRAN along with the plot of " teaching Tony Nguyen a lesson " with his fake Ex wife THU HIEN NGUYEN by sham marriage  ).

Before such time , Plaintiff Nguyen as a witness of a lot of Federal Crimes and RICO criminal acts of THIEN TRAN and THU HIEN NGUYEN as well as Reported to Federal Agencies to protect US Laws and National Security .

On 05/2014 , Plaintiff and Defendant THIEN TRAN was in mutual restraining order : TRAN v. NGUYEN ( 30-2014-00722873 with a lot of Federal Questions at this case) , Nguyen v. Tran ( 30-2014-00722368 with Federal Questions on Crime Victim rights ,Due Process etc ) request along with case 30-2014 -00729544 (Anthony Nguyen v. Thien Tran others,Battery and others Causes of Federal Questions). At above and case of  30-2014 -00722873 (Tran v. Nguyen ) raised a lot of Federal Questions in :

1. VIOLATION OF CA CONSTITUTIONAL RIGHTS OF CRIME VICTIM (MARSY'S LAWS) 2008.
2. VIOLATIONS  OF 18 U.S.C $3771 IN FAILING TO PROTECT CRIME VICTIM RIGHTS.
3. VIOLATION OF DUE PROCESS CLAUSE OF US CONSTITUTION AND OF CRIME VICTIM'S-WITNESS RIGHTS.
4. VIOLATION OF 42 US CODE 1983: CONSTITUTIONAL  RIGHTS VIOLATION BY DEFENDANTS MILLER , MOSS, STAFFORD , ANDREW WEISS,THIEN TRAN. IN INDIVIDUAL AND PUBLIC CAPACITY).
5. NEGLIGENCE DURING  JUDICIAL PROCEEDING. FAILURE TO TRAIN PUBLIC EMPLOYEES  UNDER STATE CODE VIOLATION OF COURT STANDARD .
6. DEFAMATION BY COMMITTING  PERJURY.
7. ABUSE OF PROCESS  BY COMMITTING PERJURY and OBSTRUCTION OF JUSTICE.
8. MALICIOUS PROSECUTION .
9. CIVIL HARASSMENT.
10. VIOLATION OF FEDERAL PRIVACY ACT

4

**WITH OBSCURE MOTIVE IN COLLECTING
INTELLIGENCE FOR FOREIGN GOVERN -
MENT.**
**11. FRAUD .**
**12.EXTORTION .**
**13. CIVIL CONSPIRACY .**
**14. RICO LAWSUIT CIVIL CLAIMS.**

**Cause 01: Obstruction of Justice**

**Cause 02: Assault/Battery with DEADLY WEAPON in an attempt to MURDER VICTIM-
WITNESS.**

**Cause 03: Obstruction of Criminal Investigation.**

**Cause 04: Commission and Solicitation to commit Immigration Frauds.**

**Cause 05 : Money Laundering.**

**Cause 06: Solicitation to support Foreign Agents'
International Illegal Criminal Activities.**

**Cause 07: Civil Conspiracy .**

**Cause 08 : Mail THEFT to unlawfully obtain CRIME VICTIM Information.**

**Cause 09 : Mortgage FRAUD.**

**Cause 10 : Tampering to Witnesses to fraudulent obtained the Restraining Order against
VICTIM'S-WITNESS.
Tampering to Witness in taking advantage in Criminal and Civil Cases.**

**Cause 11: Extortion .**
**Cause 12 : Human Trafficking by Sham Marriage .**

5

## II. This Notice of Removal is Properly  Filed

1. This lawsuit is a civil action within the meaning of the Acts of Congress and Federal Laws relating to removal of causes.

2. Party Crime Victim NGUYEN  received a Notice from Orange County Court that he has hearing on 01/2017  on request of Criminal Defendant TRAN want NGUYEN  to pay his fraud legal fees of a Unconstitutional Restraining order favor on Crime Defendant Thien Tran based on Error and Violations to US Constitutional and Federal Law in failed to protect Crime Victim and Witness NGUYEN that Plaintiff NGUYEN never has knowledge except he got an abusing restraining order from Criminal Defendant THIEN TRAN's Federal Criminal Activities and Abuse of Powers of Orange County Judges .

3. *From 2014 until now , As Crime Victim NGUYEN 's lawyers' s  negligence with DUE PROCESS matters and Civil Right Deprivation of Judicial Officers of Orange County Court  , James Willison and Michael Lindley  along with abuse of power of Orange County Judicial Officers , Defendants TRAN and WEISS unlawfully obtained legal fees and stole his Personal Mails as well as Death Threats to Plaintiff NGUYEN by FRAUD ways and above Constitutional Rights of Crime VICTIM of CRIME VICTIM NGUYEN .Also, before and on 12/10/2016 , TRAN and WEISS stopped by Plaintiff's Godparents Law Office to deadly threats and Witneses tampering .( case #066851-GGPD)as well as Death Threats to Crime Victim NGUYEN .( Attempted MURDER case #2014-21472 BUENA PARK POLICE ).*

From negligence of Plaintiff's lawyers, Fraud Tactics of Defendant TRAN and WEISS as well as abuse of Judicial Power of  Defendant MILLER, MOSS and STAFFORD  , This is time to let other State Court Cases should be resolved at Federal Questions of US District Court for the Central District of California .

4. Therefore, The United States District Court for the Central  District of California is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original action was filed and is pending with a lot Federal Questions were not resolved yet .

### III.      This Court Has Federal Question Jurisdiction

At the Complaint , the State Court Cases in Orange County Superior Court was arising a lot of Federal Questions in Rights of Crime Victim ,Due Process , Federal and CA Constitutional Laws Violations , Federal Questions on RICO Crime Acts, 42 USC 1983,Federal Crime Victim Rights, Federal Privacy Violations , Federal Laws Violations on Disabled Veteran Rights , Marsy Rights of Crime Victim  etc  .

Therefore, federal question jurisdiction exists over Plaintiffs' claims under 28 U.S.C. § 1331 because the resolution of Plaintiffs' claims will require adjudication of disputed questions of federal law.
To the extent the Complaint alleges statutory, state common law or other non federal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiffs' claims under  Federal RICO acts , Federal Questions on Due Process, Crime Victim rights, and Obstruction to Justice as a part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).
In fact , claims arise under the laws of the United States, removal of this entire cause of action is therefore appropriate under 28 U.S.C. § 1441(a)-(c).40 U.S.C 1983.**18 U.S.C $3771 .**

### IV.Defendants TRAN and WEISS ,THU HIEN NGUYEN were served and noticed :
**Defendant TRAN , Weiss , THU HIEN NGUYEN were served and noticed this NOTICE of REMOVAL ( EXHIBIT )**
**All of Defendants were served by Process Server ( EXHIBITS ) . Without waiving any defenses, Defendant TRAN , WEISS , THU HIEN NGUYEN got consent to move cases in Orange County Superior Court to this Federal Court .**
### V. Notice of Removal to the Superior Court of  ORANGE COUNTY  County, California
Concurrently with this Notice of Removal, Plaintiff NGUYEN  will file a copy of this Notice with the Superior Court of Orange County , California . A copy of the written notice of the Notice of Removal to Federal Court is attached hereto as **Exhibit** . In accordance with 28 U.S.C. § 1446(d), Plaintiff will give written notice to Plaintiffs by contemporaneously serving this Notice of Removal on Defendants .

If any question arises as to the propriety of the removal of this action,

7

Defendants respectfully request the opportunity to present a brief and oral argument in support of its position that this case is removable. See Sierminski v. Transouth Fin. Corp., 216 F.3d 945, 949 (11th Cir. 2000) (announcing general rule that post-removal evidence in assessing removal jurisdiction may be considered by the Court).

## VI. REQUEST TO CONSOLIDATE  THIS CASE TO PENDING FEDERAL CASE SACV -16-02137 .( See exhibit 04).

**Under Federal Title 06  USC Rule 42. Consolidation; Separate Trials**
**(a) CONSOLIDATION. If actions before the court involve a common question of law or fact, the court may:**
**(1) join for hearing or trial any or all matters at issue in the actions;**
**(2) consolidate the actions; or**
**(3) issue any other orders to avoid unnecessary cost or delay.**

 **Since This case has the same facts and arising matters similarly with pending FEDERAL CASE  SACV-16-02137 , It is the request under Title 6 USC Rule 42 that this case should be consolidated with such pending Federal Case SACV-16-02137 under the matter of Justice of a Crime Victim of Attempted Murder and other Federal RICO Crime Activities .**

# VII. Conclusion

For the foregoing reasons, Defendants respectfully request that this civil
action be, and is hereby, removed to the United State District Court for the
Central District of California in Santa Ana and consolidate with Pending Federal Cases
from its same facts, Federal Questions Arising and RICO Federal Activities  , that this
Court assume jurisdiction  of this civil action, and that this Court enter such other and
further orders as may  be necessary to accomplish the requested removal and promote
the ends of justice.

This 29th day of December 2016 .

Respectfully submitted ,

Tony Nguyen , Harvard PosDoc-JD-LLM-MS-M.Arch-MBA.
/s/

**EXHIBITS :**

**EXHIBIT 01 :**

**CASE THIEN TRAN V. ANTHONY NGUYEN ( 30-00722873) ( CIVIL
HARASSMENT AND FEDERAL QUESTION ARISING ) .**

**EXHIBIT 02 :**

**CASE ANTHONY NGUYEN V. THIEN TRAN (30-00729544) ( BATTERY AND
FEDERAL QUESTION )**

**EXHIBIT 03 :**

**CASE ANTHONY NGUYEN V. THIEN TRAN ( 30-00722268 ) (CIVIL
HARASSMENT AND FEDERAL QUESTION )**

**EXHIBIT 04 :**

**FEDERAL RICO CRIME AND CIVIL CASE :**

**NGUYEN V. THIEN TRAN AND OTHERS ( SACV-16-02137)**

**EXHIBIT 05 :**

**CASE #2014-21472 -BUENA PARK POLICE -ATTEMPTED MURDER-
BATTERY  BY DEADLY WEAPON ).**

**CASE # 16-02781 STATE OF CALIFORNIA VICTIM COMPENSATION
BOARD DETERMINED NGUYEN IS CRIME VICTIM OF ATTEMPTED
MURDER FROM CRIME DEFENDANT THIEN TRAN .**

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my

business/residence address is:   16027 BROOKHURST FOUNTAIN VALLEY CA 92708.

On 12/15/2016,  I served the foregoing document(s) described as:

NOTICE OF REMOVAL to the following parties:

**THIEN TRAN**
**7901 Dale , Buena Park , CA 90620.**

**THU HIEN NGUYEN**
**7901 Dale , Buena Park , CA 90620 .**

**Andrew D. Weiss**

**26459 Rancho Pkwy S**
**Lake Forest, CA 92630**
**oclawadw@aol.com**

[ xx ] (**By U.S. Mail and EMAIL,Phone** ) I Emailed-deposited such envelope in the mail at
_____ with postage
thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid  if
postal cancellation date or postage meter date is more than one day after date of deposit for mailing in
affidavit.

[ ] (By Personal Service) I caused such envelope to be delivered by hand via messenger service to the
address above;

[ ] (By Facsimile) I served a true and correct copy by facsimile during regular business hours to the
number(s) listed above. Said transmission was reported complete and without error.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.

DATED: _12/15/2016_____

TOM NGUYEN(signed)
Assistant CA Professional Licensed INVESTIGATOR
(#28986).(Waiver from Process Server Register requirement).

## CERTIFICATE OF SERVICE

**I hereby certify that on 12/19/2016  , I filed the** foregoing *Notice of Removal* with the
Clerk of the Court System and served a true and correct copy of same on Defendants
First-Class Mail, postage prepaid, addressed to:

**THIEN TRAN**
**7901 Dale , Buena Park , CA 90620.**

**THU HIEN NGUYEN**
**7901 Dale , Buena Park , CA 90620 .**


**Andrew D. Weiss**
**26459 Rancho Pkwy S**
**Lake Forest, CA 92630**

**Respectfully,**

**Party -Crime Victim Anthony Nguyen .**

13

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my

business/residence address is: 16027 BROOKHURST FOUNTAIN VALLEY CA 92708.

On 12/07/2016, I served the foregoing document(s) described as:

COMPLAINT -SUMMONS of SACV16-02137
(Nguyen v. Tran , Weiss, Miller and others ).

to the following parties:
**Law Offices of Andrew D. Weiss**
**26459 Rancho Pkwy S**
**Lake Forest, CA 92630**
oclawadw@aol.com

**THIEN TRAN**
**7901 Dale , Buena Park , CA 90620.**

**THU HIEN NGUYEN**

**7901 Dale, BUENA PARK , CA 90620 .**

**Miranda Mccroskey**

**McCroskey Legal**
**18100 Von Karman Ave**
**Ste 850**
**Irvine, CA 92612-8110**

**Bryan Elkerton**
**Clasen, Raffalow & Rhoads**
**2 Venture Ste 400**
**Irvine, CA 92618**

[ xx ] (**By U.S. Mail and EMAIL,Phone** ) I Emailed-deposited such envelope in the mail at
_____ with postage
thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if
postal cancellation date or postage meter date is more than one day after date of deposit for mailing in

affidavit.

[X] (By Personal Service) I caused such envelope to be delivered by hand via messenger service to the address above;

[ ] (By Facsimile) I served a true and correct copy by facsimile during regular business hours to the number(s) listed above. Said transmission was reported complete and without error.

   I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.

DATED: _12/07/2016_____

                                            _____
                                            TOM NGUYEN(signed)
                                            **Assistant CA Professional Licensed INVESTIGATOR** .

15

## EXHIBIT 01 :

**CASE THIEN TRAN V. ANTHONY NGUYEN ( 30-00722873) ( CIVIL HARASSMENT AND FEDERAL QUESTION ARISING ) .**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

THIEN TRAN
7901 dale street
buena park. CA 90620

TELEPHONE NO.: ▬▬▬▬▬   FAX NO.:

ATTORNEY FOR (Name): In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 1275 N. Berkeley Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Fullerton, CA 92838-0500
BRANCH NAME: North Justice Center

FILED
SUPERIOR COURT OF CALIFOR...
COUNTY OF ORANGE
NORTH JUSTICE C...

MAY 15 2014

ALAN CARLSON, Clerk of the ...

BY:_____ DEPUT...

CASE NAME:
**tran vs. nguyen**

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: 30-2014 |
|---|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 00 722373 |

JUDGE:
DEPT:

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[X] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. [ ] monetary   b. [X] nonmonetary; declaratory or injunctive relief   c. [ ] punitive

4. Number of causes of action (specify):

5. This case [ ] is [X] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 5/15/2014

THIEN TRAN
(TYPE OR PRINT NAME)                                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 3.220, 3.400–3.403;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

I-CAN!   210358

**CH-100**

## Request for Civil Harassment Restraining Orders

Read *Can a Civil Harassment Restraining Order Help Me?* (Form *CH-100-INFO*) before completing this form. Also fill out Confidential CLETS Information (*Form CLETS-001*), with as much information as you know.

```
Clerk stamps date here when form is filed.

FILED
SUPERIOR COURT OF CALIFORN-
COUNTY OF ORANGE
NORTH JUSTICE CENTER

MAY 1  2014

ALAN CARLSON, Clerk of the Court
BY:_____ DEPUTY
```

**(1) Person Seeking Protection**

a. Your Full Name:
THIEN TRAN                                      Age: 44

Your Lawyer (*if you have one for this case*):

Name: IN PRO PER                    State Bar No.:_____

Firm Name:_____

b. Your Address (*If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.*):

Address: 7901 dale street

City: buena park                State: CA   Zip: 90620

Telephone: ▓▓▓▓▓▓▓  Fax:_____

E-Mail Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

```
Fill in court name and street address:

Superior Court of California, County of
Orange

North Justice Center
1275 N. Berkeley Avenue
Fullerton, CA 92838-0500
```

```
Court fills in case number when form is filed.

Case Number: 80-2014
00722873
```

**(2) Person From Whom Protection Is Sought**

Full Name: ANTHONY NGUYEN                    Age: 38

Address (*if known*): 16027 brookhurst Unit i 303

City: fountain valley                State: CA   Zip: 92708

**(3) Additional Protected Persons**

a. Are you asking for protection for any other family or household members? ☒ Yes ☐ No  *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| hien nguyen | Female | 35 | ☒ Yes ☐ No | ex-wife |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use Form MC-025, Attachment.*

b. Why do these people need protection? (*Explain below.*)

☒ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-100, Page 1 of 6
→

I-CAN!  210358

Case Number: 30-2014
00 7 2 2 8 7 3

**④ Relationship of Parties**

How do you know the person in ②? *(Explain below):*

☒ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

_____

**⑤ Venue**

Why are you filing in this county? *(Check all that apply):*

a. ☒ The person in ② lives in this county.

b. ☐ I was harassed by the person in ② in this county.

c. ☐ Other *(specify):* _____

**⑥ Other Court Cases**

a. Have you or any of the persons named in ③ been involved in another court case with the person in ②?

☒ No ☐ Yes *If yes, check each kind of case and indicate where and when each was filed:*

| Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|
| (1) ☐ Civil Harassment | _____ | ____ | _____ |
| (2) ☐ Domestic Violence | _____ | ____ | _____ |
| (3) ☐ Divorce, Nullity, Legal Separation | _____ | ____ | _____ |
| (4) ☐ Paternity, Parentage, Child Custody | _____ | ____ | _____ |
| (5) ☐ Elder or Dependent Adult Abuse | _____ | ____ | _____ |
| (6) ☐ Eviction | _____ | ____ | _____ |
| (7) ☐ Guardianship | _____ | ____ | _____ |
| (8) ☐ Workplace Violence | _____ | ____ | _____ |
| (9) ☐ Small Claims | _____ | ____ | _____ |
| (10) ☐ Criminal | _____ | ____ | _____ |
| (11) ☐ Other *(specify):* | _____ | ____ | _____ |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ②? ☒ No ☐ Yes *If yes, attach a copy if you have one.*

**⑦ Description of Harassment**

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you.

(1) When did it happen? *(provide date or estimated date):* 05/08/2014

(2) Who else was there?

Him ( Anthony), Hien , my tenant (Vanessa ) and myself

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

30-2014

Case Number:

0 0 7 2 2 8 7 3

(3) How did the person in ② harass you? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet*
*of paper or Form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

He came to knocking hard my front door, yelling, knocking my tenant window continuos, talking loud to
call my ex-wife come out but she doesn't want to

(4) Did the person in ② use or threaten to use a gun or any other weapon?

☐ Yes ☒ No   *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet*
*of paper or Form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

(5) Were you harmed or injured because of the harassment?

☐ Yes ☒ No   *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet*
*of paper or Form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

(6) Did the police come? ☒ Yes ☐ No

If yes, did they give you or the person in ② an Emergency Protective Order? ☒ Yes ☐ No

If yes, the order protects *(check all that apply):*

a. ☒ Me   b. ☐ The person in ②   c. ☒ The persons in ③

*Attach a copy of the order if you have one.*

b.   Has the person in ② harassed you at other times?

☒ Yes ☐ No   *(If yes, describe prior incidents and provide dates of harassment below):*

☒ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet*
*of paper or Form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

**This is not a Court Order.**

Revised January 1, 2012       **Request for Civil Harassment Restraining Orders**       CH-100, Page 3 of 6
                                        (Civil Harassment Prevention)                              ➔

                                                                                    I-CAN!   210358

30-2014

| Case Number: | 00722875 |

**Check the orders you want.** ☑

(8) ☒ **Personal Conduct Orders**

I ask the court to order the person in (2) not to do any of the following things to me or to any person to be protected listed in (3):

a. ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☒ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☒ Other *(specify):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.*

do not use his powerful to access my confidential information and filling with fake information to us

*The person in (2) will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

(9) ☒ **Stay-Away Orders**

a. I ask the court to order the person in (2) to stay at least __100__ yards away from *(check all that apply):*

(1) ☒ Me
(2) ☒ The other persons listed in (3)
(3) ☒ My home
(4) ☒ My job or workplace
(5) ☐ My school
(6) ☐ My children's school
(7) ☐ My children's place of child care

(8) ☒ My vehicle
(9) ☐ Other *(specify):*_____

b. If the court orders the person in (2) to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job? ☒ Yes ☐ No *(If no, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.*

(10) **Guns or Other Firearms and Ammunition**

Does the person in (2) own or possess any guns or other firearms? ☐ Yes ☐ No ☒ I don't know

*If the judge grants a protective order, the person in (2) will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in (2) will also be ordered to turn in to law enforcement or sell to a gun dealer any guns or firearms within his or her immediate possession or control.*

**This is not a Court Order.**

Revised January 1, 2012     **Request for Civil Harassment Restraining Orders** (Civil Harassment Prevention)     CH-100, Page 4 of 6 →

I-CAN!   210358

30-2014

| Case Number | 00 7 2 2 8 7 5 |
|---|---|

---

**(11) Immediate Orders**

Do you want the court to make any of these orders now that will last until the hearing without notice to the person in ② ? ☒ Yes ☐ No    *(If you answered yes, explain why below).*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 11—Immediate Orders" for a title.*

I want him away from us , keep my house safe and protect

**(12) ☐ Request to Give Less Than Five Days' Notice**

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains What Is "Proof of Personal Service"? Form CH-200, Proof of Personal Service, may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 12—Request to Give Less Than Five-Days Notice" for a title.*

**(13) ☒ No Fee for Filing or Service**

a. ☒ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☒ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☒ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file Form FW-001, Application for Waiver of Court Fees and Costs.)*

**(14) ☒ Lawyer's Fees and Costs**

I ask the court to order payment of my:   a. ☐ Lawyer's fees   b. ☒ Court costs

The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|
| spending my working at filling a | $ 500 | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or Form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

| Case Number: | 30-2014 |
|---|---|
| | 00 7 2 2 8 |

**(15) ☒ Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 15—Additional Orders Requested," for a title.*

~~santa ana civil court~~

**(16)** Number of pages attached to this form, if any:  3

Date: _____

_____          ▶ _____
*Lawyer's name (if any)*                     *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: _____

THIEN TRAN                              ▶ _____
*Type or print your name*                    *Sign your name*

**This is not a Court Order.**

Anthony Nguyen ,HARVARD PosDoc-JD-LLM -MS-M.Arch-MBA.
US Air Force Disabled Honor Veteran
PO BOX 1772 Anaheim CA 92815

## Superior Court of the State of California
## For the County of ORANGE

| | |
|---|---|
| Thien Tran<br>        Plaintiff,<br>    vs.<br><br>Anthony Nguyen<br>        Defendant<br>( ANTHONY NGUYEN IS CRIME VICTIM<br>of THIEN TRAN(case #2014-21472-Attempt<br>to MURDER -BATTERY-BUENA PARK<br>POLICE)<br>PENDING FEDERAL RICO CRIMINAL<br>AND CIVIL CLAIMS AGAINST THIEN<br>TRAN AND HIS COUNSEL ANDREW<br>WEISS ON ATTEMPTED MURDER AND<br>OBSTRUCTION TO JUSTICE-) | )Case No. 30-2014-00722873<br>)<br>)<br>)EX PARTE NOTICE OF MOTION AND EX-<br>)PATE-MOTION TO QUASH SERVICE;<br>)MEMORANDUM OF POINTS AND<br>)AUTHORITIES<br>) EX PARTE -MOTION TO VACATE<br>)RULINGS ON 12/12/2016 DEPT 15 FROM<br>)PARTY NGUYEN WAS SICK **FROM**<br>)**DEATH THREATS OF MR.**<br>**WEISS(GGPD#16066851** , CANNOT SHOWN<br>UP AT COURT AND HE NEVER HAVE ANY<br>PAPERS  SERVED BY PARTY TRAN .<br> EX PARTE MOTION TO STAY COURT<br>PROCEEDING FROM PENDING FEDERAL<br>CRIMINAL AND CIVIL RICO SUIT<br>AGAINST THIEN TRAN ,WEISS AND<br>OTHER PARTIES .<br>EXHIBITS .DECLARATIONS.<br><br>DATE:  1(2/19 /2016 ) NEW DATE :12/21/2016<br><br>TIME:1h30PM<br>DEPT: C66.<br>**Reservation :72500215.** |

— 1 —

**EXHIBIT 02 :**

**CASE ANTHONY NGUYEN V. THIEN TRAN (30-00729544) ( BATTERY AND FEDERAL QUESTION )**

Name :    Anthony Nguyen in proper

~~Contacted Attorney : THINH VAN DOAN - VAJF Of Counsel.~~
Address    16027 Brookhurst I-303 Fountain Valley CA 92708

Phone 1(888)398-8873.
Fax number
Email

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**JUN 2 0 2014**

ALAN CARLSON, Clerk of the Court

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

JUDGE GREGORY H. LEWIS
DEPT. C26
30-2014

ANTHONY NGUYEN

Case

00729544

Plaintiff,

vs.

THIEN KINH TRAN

THU HIEN THI NGUYEN

SUNNY DUONG

MIRANDA MCCROSKEY

VANESSA MORENO and Does 1-50

INCLUSIVE .

Defendants.

COMPLAINT FOR :

1.ASSAULT AND BATTERY .
2.INTENTIONAL  MISPRESENTATION,
DEFAMATION.
3.ABUSE OF PROCESS.MALICE
PROSECUTION.
4.INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS.
5. NEGLIGENCE.
6. BREACH OF CONTRACT.

JURY TRIAL DEMAND.

1

PLAINTIFF ANTHONY NGUYEN COMPLAINTS AND ALLEGES AS FOLLOWS :

## GENERAL ALLEGATIONS

1. This court is proper court and this action is properly filed in Orange County and in this judicial because the defendant  Thien Kinh Tran and others  are located and do business in this area in Orange County and Defendant obligation and liability arise therein.

  Plaintiff Anthony  Nguyen is a competent and is , at  all relevant time, was a resident of the State of California , County of Orange .

3. Plaintiff is informed and believes that the defendant THIEN KINH TRAN and others  at the relevant times was a business entity or resident in the State of California, County of Orange .

4. The true name and capacities of Defendants named herein as DOES 1 through 50 , inclusive , whether individual , corporate , associate , or otherwise , are unknown to Plaintiff who therefore sues Defendants by fictitious names pursuant to Code of Civil Procedure section 474 . Plaintiff is informed and believes that DOE Defendant are California residents. Plaintiff will amend this complaint to show such true name and capacities when they have been determined .

5. Plaintiff is informed and believes , and thereby alleges , that each of the defendants herein was at all relevant times the agents , employee or representative of the remaining defendants and acting at least in part within the scope of such relationship.

## FACT COMMON TO ALL CAUSES OF ACTION.

1. Plaintiff was a HARVARD Alumnus , a Scientist and Legal Scholar whom honorably served for the country in US Air Force  with many INJURIES and DISABILITIES  as well as President of HARVARD Alumni of US Air Force and got over 08 degrees from Bachelors to Doctorate by honor scholarships as well as got Honor scholarship from American Trial Lawyers Association and Honor Member of National District Attorneys Association . Plaintiff is a General Director of A Military Legal Organization  to help US Military nationwide in Legal ,Research ,Intelligence and Technology  Training Services.

2

# EXHIBIT 03 :

## CASE ANTHONY NGUYEN V. THIEN TRAN ( 30-00722268 ) (CIVIL HARASSMENT AND FEDERAL QUESTION )

**CH-100**  **Request for Civil Harassment Restraining Orders**

Read *Can a Civil Harassment Restraining Order Help Me?* (Form *CH-100-INFO*) before completing this form. Also fill out Confidential CLETS Information (*Form CLETS-001*), with as much information as you know.

*Clerk stamps date here when form is filed.*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**MAY 13 2014**

**① Person Seeking Protection**

a. **Your Full Name:** Dr. Anthony Nguyen    Age: **38**

   Your Lawyer *(if you have one for this case):*
   Name: _____ State Bar No.: _____
   Firm Name: _____

b. **Your Address** *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.):*

*Fill in court name and street address:*

Superior Court of California, County of
Orange, Central Justice Center
700 Civic Center Drive West
Santa Ana, CA 92701

**30-2014**

   Address: _____
   City: _____ State: **CA** Zip: **92708**
   Telephone: _____ Fax: _____
   E-Mail Address: _____

*Court fills in case number when form is filed.*
Case Number: **7 2 2 2 6 8**

**② Person From Whom Protection Is Sought**

Full Name: **Thien Kinh Tran**    Age: **44**
Address *(if known):* **7901 Dale**
City: **Buena Park**    State: **CA** Zip: **90620**

**③ Additional Protected Persons**

a. Are you asking for protection for any other family or household members? ☐ Yes ☐ No *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| Thu-Hien Thi Nguyen(was pregnancy) | F | 35 | ☐ Yes ☑ No | Financee |
| Fetus (beared by Thu Hien Nguyen) | | | ☐ Yes ☑ No | Future Child |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use Form MC-025, Attachment.*

b. Why do these people need protection? *(Explain below):*
☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*
Please see Declaration with Exhibits.
_____
_____
_____

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-100, Page 1 of 6 →

30-2014

Case Number: 00722268

## (4) Relationship of Parties

How do you know the person in ②? *(Explain below):*

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

Financee's Ex-husband , this guy remarried with other girl on February 2014.

## (5) Venue

Why are you filing in this county? *(Check all that apply):*

a. ☑ The person in ② lives in this county.

b. ☑ I was harassed by the person in ② in this county.

c. ☐ Other *(specify):*

## (6) Other Court Cases

a. Have you or any of the persons named in ③ been involved in another court case with the person in ②?

☐ No ☑ Yes *If yes, check each kind of case and indicate where and when each was filed:*

| | Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|
| (1) ☐ | Civil Harassment | | | |
| (2) ☐ | Domestic Violence | | | |
| (3) ☐ | Divorce, Nullity, Legal Separation | | | |
| (4) ☐ | Paternity, Parentage, Child Custody | | | |
| (5) ☐ | Elder or Dependent Adult Abuse | | | |
| (6) ☐ | Eviction | | | |
| (7) ☐ | Guardianship | | | |
| (8) ☐ | Workplace Violence | | | |
| (9) ☐ | Small Claims | | | |
| (10) ☑ | Criminal | Buena Park Police | 2014 | 14-21472 |
| (11) ☑ | Other *(specify):* | | | |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ②? ☑ No ☐ Yes *If yes, attach a copy if you have one.*

## (7) Description of Harassment

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you.

(1) When did it happen? *(provide date or estimated date):* 05/08/2014.See Declaration +Exhibits

(2) Who else was there? See Declaration + Exhibits.

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

30-2014

Case Number: 00722268

(3) How did the person in ② harass you? *(Explain below):*
　　☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*
**See Declaration + Exhibits.**

_____

_____

_____

_____

_____

(4) Did the person in ② use or threaten to use a gun or any other weapon?
　　☑ Yes ☐ No    *(If yes, explain below):*
　　☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*
**Used Metal Pipe hit to person 01 's body .Was in Military Hospital 05 hours after such incidents.**

_____

_____

(5) Were you harmed or injured because of the harassment?
　　☑ Yes ☐ No    *(If yes, explain below):*
　　☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*
**Still in Pain and Medical Treatments.See Declaration + Exhibits.**

_____

_____

_____

(6) Did the police come? ☑ Yes ☐ No
　　If yes, did they give you or the person in ② an Emergency Protective Order? ☐ Yes ☑ No
　　If yes, the order protects *(check all that apply):*
　　a. ☐ Me  b. ☐ The person in ②  c. ☐ The persons in ③
　　*Attach a copy of the order if you have one.*

b. Has the person in ② harassed you at other times?
　　☑ Yes ☐ No    *(If yes, describe prior incidents and provide dates of harassment below):*
　　☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*
**05/11/2014 : Person 02 kept going to threat me . See declaration + exhibits.**

_____

_____

_____

| This is not a Court Order. |

30-2014

Case Number: 00722268

**Check the orders you want.** ☑

⑧ ☑ **Personal Conduct Orders**

I ask the court to order the person in ② not to do any of the following things to me or to any person to be protected listed in ③:

a. ☑ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☑ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☑ Other *specify:*

   ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.*

   Stay away from 7901 Dale Buena Park from potentially harmed to my Financee and my future Child.

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

⑨ ☑ **Stay-Away Orders**

a. I ask the court to order the person in ② to stay at least 100     yards away from *(check all that apply):*

   (1) ☑ Me
   (2) ☑ The other persons listed in ③
   (3) ☑ My home
   (4) ☑ My job or workplace
   (5) ☐ My school
   (6) ☐ My children's school
   (7) ☐ My children's place of child care

   (8) ☑ My vehicle
   (9) ☐ Other *(specify):*_____

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job? ☑ Yes ☐ No *(If no, explain below):*

   ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.*

⑩ **Guns or Other Firearms and Ammunition**

Does the person in ② own or possess any guns or other firearms? ☐ Yes ☐ No ☑ I don't know

*If the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement or sell to a gun dealer any guns or firearms within his or her immediate possession or control.*

**This is not a Court Order.**

30-2014

| Case Number: |
| 0 0 7 2 2 2 6 8 |

**(11) Immediate Orders**

Do you want the court to make any of these orders now that will last until the hearing without notice to the person in ② ? ☑ Yes ☐ No    *(If you answered yes, explain why below):*

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 11—Immediate Orders" for a title.*

Please see Declaration + Exhibits.

_____
_____
_____
_____
_____

**(12) ☑ Request to Give Less Than Five Days' Notice**

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains What Is "Proof of Personal Service"? Form CH-200, Proof of Personal Service, may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 12—Request to Give Less Than Five-Days Notice" for a title.*

_____
_____
_____
_____

**(13) ☑ No Fee for Filing or Service**

a. ☑ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☑ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file Form FW-001, Application for Waiver of Court Fees and Costs.)*

**(14) ☑ Lawyer's Fees and Costs**

I ask the court to order payment of my:  a. ☑ Lawyer's fees  b. ☑ Court costs

The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|
| Legal Fees | $1,000 | | $ |
| Court + Milleage | $200 | | $ |
| | $ | | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or Form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

This is not a Court Order.

30-2014

Case Number: **0 0 7 2 2 2 6 8**

**(15)** ☑ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 15—Additional Orders Requested," for a title.*

Immediately Order for Domestic violence issues and Civil Harassment issues as well.
Order a further Investigation on illegal issues were mentioned in the declaration.

**(16)** Number of pages attached to this form, if any: _12_____

Date: _05/12/2014_____

_____          ►  _____
*Lawyer's name (if any)*              *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: _05/12/14_____

_____          ►  _____
Dr.Anthony Nguyen-. _____ __                *Sign your name*
*Type or print your name*

▓▓▓ This is not a Court Order. ▓▓▓

Revised January 1, 2012    **Request for Civil Harassment Restraining Orders**    CH-100, Page 6 of 6
                          **(Civil Harassment Prevention)**

30-2014
00722268

**VA Long Beach Healthcare System**
Long Beach, CA

**Nguyen, Anthony**
**ED After Care Instructions**

You have been seen in the Emergency Department (ED) today for the treatment of:
Abdominal pain after trauma    *assaulted with a pipe last night.*
vomiting and dizziness
TREATMENT PROVIDED:    *Matt Nothern PA-C*
                                               *5-9-14*
SPECIFIC INSTRUCTIONS:    *Matt Nothern*

**If your condition worsens in any manner, return immediately to the Emergency Department.**

**PLEASE TAKE THE FOLLOWING MEDICATIONS AS PRESCRIBED TODAY:**
Continue to take your regular medications as prescribed

**DIET INSTRUCTIONS:** Clear liquids only for 24 hours

**PRIMARY CARE FOLLOW UP:**
Call to arrange an appointment with your Primary Care Provider in 1 week.

**KEEP YOUR SPECIALTY CONSULT APPOINTMENT WITH:** None

**RETURN TO THE EMERGENCY DEPARTMENT FOR REEVALUATION:** As Needed

**WORK OR PHYSICAL LIMITATIONS:** Activities as tolerated

**AFTERCARE INSTRUCTIONS GIVEN FOR:**

**Supervising Practitioner:** Nothern,Matthew Roland (PHYSICIAN ASSISTANT)

I have reviewed this document with my provider/designee.
_____    Date/Time: _____

Patient signature

By signing below, I attest to the fact that I have witnessed the patient (or person authorized to consent for the patient), sign this document.
_____    Date/Time: _____

Witness signature

*COPY RCVD BY*
*CPL. B.CARTER BPPD.*
*5/10/14   11:40 AM*
*# 100*

**EXHIBIT 04 :**

**FEDERAL RICO CRIME AND CIVIL CASE :**

**NGUYEN V. THIEN TRAN AND OTHERS ( SACV-16-02137)**

FILED

Name  Dr. Tony-Tuan  Nguyen -Harvard PostDoc-JD-LLM-M.S,M.Arch,MBA

Contacted Attorney :

Address   PO BOX 9591 FOUNTAIN VALLEY CA 92708.

Phone
Fax number
Email



2016 DEC 22  PM 2: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
SANTA ANA

BY

# US DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TONY-TUAN  NGUYEN )  Case SACV-16-02137(CJC).  *CJC (DFMx)*
)  FIRST AMENDED COMPLAINT FOR :
)  **1. BATTERY BY DEADLY WEAPON TO**
)  **ATTEMPT MURDER VICTIM-WITNESS**
)  **(case 2014-21472-BUENA PARK POLICE-**
)  **Defendant Thien Tran).**
Plaintiff, )  **2. VIOLATION OF CA CONSTITUTIONAL**
)  **RIGHTS OF CRIME VICTIM (MARSY'S**
vs. )  **LAWS) 2008.**
)  **3. VIOLATIONS  OF 18 U.S.C $3771 IN FAILING**
)  **TO PROTECT CRIME-VICTIM RIGHTS.**
FRANZ MILLER IN HIS INDIVIDUAL )  **4. VIOLATION OF DUE PROCESS CLAUSE OF**
AND OFFICIAL CAPACITY. )  **US CONSTITUTION AND OF CRIME**
ROBERT MOSS IN HIS  INDIVIDUAL AND )  **VICTIM'S-WITNESS RIGHTS.**
OFFICIAL CAPACITY . )  **5. VIOLATION OF 42 US CODE 1983:**
TIMOTHY STAFFORD IN HIS INDIVIDUAL )  **CONSTITUTIONAL  RIGHTS VIOLATION**
AND OFFICIAL CAPACITY . )  **BY DEFENDANTS MILLER , MOSS,**
ORANGE COUNTY SUPERIOR  COURT . )  **STAFFORD , ANDREW WEISS,THIEN TRAN.**
THIEN KINH TRAN . )  **IN INDIVIDUAL AND PUBLIC CAPACITY).**
ANDREW WEISS. )  **6. NEGLIGENCE DURING  JUDICIAL**
THU HIEN NGUYEN . )  **PROCEEDING. FAILURE TO TRAIN PUBLIC**
MIRANDA MCCROSKEY . )  **EMPLOYEES  UNDER STATE CODE**
BRYAN ELKERTON . )  **VIOLATION OF COURT STANDARD .**
)  **7. DEFAMATION BY COMMITTING  PERJURY.**
Defendants. )  **8. ABUSE OF PROCESS  BY COMMITTING**
)  **PERJURY and OBSTRUCTION OF JUSTICE.**
)  **9. MALICIOUS PROSECUTION .**
)  **10. CIVIL HARASSMENT.**
)  **11. VIOLATION OF FEDERAL PRIVACY ACT**

1

Name  Dr. Tony  Nguyen -Harvard PostDoc-JD-LLM-M.S,M.Arch,MBA

Contacted Attorney :

Address   PO BOX 9591 FOUNTAIN VALLEY CA 92708.

Phone
Fax number
Email

# US DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY  NGUYEN<br><br><br><br>Plaintiff,<br><br>vs.<br><br><br>THIEN KINH TRAN .<br>THU HIEN NGUYEN .<br>ANDREW WEISS.<br>MIRANDA MCCROSKEY .<br>VANESSA MORENO .<br>BRYAN ELKERTON.<br>ORANGE COUNTY SUPERIOR COURT .<br><br>Defendants. | ) <br>) Case<br>) COMPLAINT FOR :<br>) **1. BATTERY BY DEADLY WEAPON TO**<br>)     **ATTEMPT MURDER VICTIM-WITNESS.**<br>)     **(case 2014-21472-BUENA PARK POLICE-**<br>)     **Defendant Thien Tran).INTENTIONAL**<br>) **INFLICTION EMOTION DISTRESS .**<br>) **2. VIOLATION OF CA CONSTITUTIONAL**<br>)     **RIGHTS OF CRIME VICTIM (MARSY'S**<br>)     **LAWS) 2008.**<br>) **3. VIOLATIONS  OF 18 U.S.C $3771 IN FAILING**<br>)     **TO PROTECT CRIME VICTIM RIGHTS.**<br>) **4. VIOLATION OF DUE PROCESS CLAUSE OF**<br>)     **US CONSTITUTION AND OF CRIME**<br>)     **VICTIM'S-WITNESS RIGHTS.** |

**5. VIOLATION OF 42 US CODE 1983:**
    **CONSTITUTIONAL  RIGHTS VIOLATION**
    **BY DEFENDANTS ANDREW WEISS,THIEN TRAN.**
    **IN INDIVIDUAL AND PUBLIC CAPACITY).**
**6. NEGLIGENCE DURING  JUDICIAL**
    **PROCEEDING. FAILURE TO TRAIN PUBLIC**
    **EMPLOYEES  UNDER STATE CODE**
    **VIOLATION OF COURT STANDARD .**
**7. DEFAMATION BY COMMITTING  PERJURY.**
**8. ABUSE OF PROCESS  BY COMMITTING**
    **PERJURY and OBSTRUCTION OF JUSTICE.**
**9. MALICIOUS PROSECUTION .**
**10. CIVIL HARASSMENT.**
**11. VIOLATION OF FEDERAL PRIVACY ACT**

WITH OBSCURE MOTIVE IN COLLECTING
INTELLIGENCE FOR FOREIGN GOVERN -
MENT.
12. FRAUD .
13.EXTORTION .
14. CIVIL CONSPIRACY .
    15. RICO LAWSUIT CIVIL CLAIMS.
INTENTIONAL INFLICTION EMOTION
DISTRESS .

**Cause 01: Obstruction of Justice**

**Cause 02: Assault/Battery with DEADLY WEAPON in an attempt to MURDER VICTIM-WITNESS.**

**Cause 03: Obstruction of Criminal Investigation.**

**Cause 04: Commission and Solicitation to commit Immigration Frauds.**

**Cause 05 : Money Laundering.**

**Cause 06: Solicitation to support Foreign Agents' International Illegal Criminal Activities.**

**Cause 07: Civil Conspiracy .**

**Cause 08 : Mail THEFT to unlawfully obtain CRIME VICTIM Information.**

**Cause 09 : Mortgage FRAUD.**

**Cause 10 : Tampering to Witnesses to fraudulent obtained the Restraining Order against VICTIM'S-WITNESS.**
**Tampering Witnesses in taking advantage on Criminal and Civil Case outcomes.**

**Cause 11: Extortion .**
**Cause 12 : Human Trafficking by Sham Marriage .**

**Request to form GRAND JURY on RICO**

**CRIMINAL LIABILITIES.**

**JURY TRIAL REQUESTED**

**NOTICE OF RELATED CASES AND REMOVAL TO US DISTRICT COURT CASE.**
**TRAN V. NGUYEN (CIVIL HARRASSMENT AND FEDERAL QUESTIONS ARISING ) 30-2104-00722873.**
**NGUYEN V. TRAN ( CIVIL HARRASSMENT AND FEDERAL QUESTIONS ARISING ) 30-2014-00722268.**
**NGUYEN V. TRAN ( BATTERY AND OTHER FEDERAL QUESTIONS) 30-2014-00729544.**

# PLAINTIFF TONY NGUYEN COMPLAINTS AND ALLEGES AS FOLLOWS :

## GENERAL ALLEGATIONS

1. This court is proper court and this action is properly filed in Orange County and in this judicial because the defendant  THIEN KINH TRAN and others   are located and do business in this area in Orange County and Defendant obligation and liability arise therein.

2. Plaintiff  TONY NGUYEN (hereinafter NGUYEN ) is a competent and is , at  all relevant time, was a resident of the State of California , County of Orange .

3. Plaintiff is informed and believes that the defendant THIEN KINH TRAN and others  at the relevant times was a business entity or resident in the State of California, County of Orange .

4. **Defendant Thien TRAN is a  Criminal Felon previously  on charged and convicted of Grand Theft and Burglary (1995 and 1998 ) .He is a Money Laundering operator for Vietnamese Communist Party and perpetrated many SHAM Marriage cases  as his career for living. Defendant has a long criminal record including several violent assaults on his ex-girlfriend THU HIEN NGUYEN.**

5. **Defendant THU HIEN NGUYEN was a fake Wife of THIEN TRAN by a sham marriage. At the time of incident of attempted murder (05/2014) , Thu Hien Nguyen still was in sexual relationship with SUNNY DUONG as a supporter for TRU CONG LE as a high ranking of Vietnamese Military Intelligence Agent was installed in United States . TRU LE is a key person whom hold State-Welcoming Reception in 07/2007 for Vietnamese Communist Leader TRIET MINH NGUYEN ( in Vietnamese NGUYEN MINH TRIET ).**

6. **Defendant VANESSA MORENO is a Student and sub-leaser of THIEN TRAN and was paid money by THIEN TRAN  to lie before the Court , in complains that Plaintiff NGUYEN was  before the House of THIEN TRAN on 05/09/2016 while he was in VA Military Serious Medical Treatments  from deadly attacks  from THIEN TRAN on 05/08/2016 .**

7. Thien TRAN, per Thu Hien NGUYEN's statement, was paid $30,000 by Thu Hien Nguyen's family to marry and sponsor Thu Hien Nguyen to join him in the US. However, defendant TRAN continues to frequently sexually and physically abuse  her according to Ms. NGUYEN and her boss (Cecila Bui) 's statements, voluntarily given and audio-recorded with mutual consent.

8. **Defendant ANDREW WEISS ( hereinafter  WEISS) has been one of Thien Tran's counsels, has engaged in criminal activities including operating Money Laundering Network  for numerous Vietnamese Communist Undercover agents in the U.S such as Erik Le ( aka Le Cong Tru aka TRU CONG LE , an agent of Vietnam Communist Central Intelligence**

Agency in Hanoi. Erik Le is a nephew of LE DUAN, the feared Secretary General of the Vietnam Communist Party also the Head of State of Vietnam from 1963-1987. According to plaintiff investigation, Erik Le operated a money laundering network for Thanh kien LE and Trung kien LE (LE DUAN's sons). Currently, these two individuals occupy leading position in the Communist Vietnam Military Secret Intelligence Agency, they are the head of Division 02 of Communist Vietnam Department of Defense. In 2007, Erik Le organized a grandiose welcoming reception (at the Hilton in Dana Point, Orange County) in honor of NGUYEN MINH TRIET the tyrannic President of the Socialist Republic of Vietnam. Le 's arrogant behavior was answered by a colossal demonstration of over 10,000 of anti-communist Vietnamese emigrés. In the past, WEISS was sued by several clients before the Superior Court of California in and for Orange County for fraud and negligent conduct. WEISS and TRAN had previously attempted to unlawfully obtain plaintiff military record and medical record for an obscure purpose.

Currently, both Andrew WEISS and Thien TRAN are under criminal investigation by plaintiff pursuant to his duty as the Director of a Military Support Investigations Agency to protect the National Security of the United States.

Both Andrew WEISS , Thien TRAN were under Criminal Investigations from Plaintiff NGUYEN 's US Military Support Investigations Agency in many cases involved with National Security and Criminal issues.
    On 12/10/2016 , Andrew Weiss got death threats and witness TAMPERING to Plaintiff and his God father TOAN THAI at his law office and was reported to Garden Grove POLICE .After this incident , Plaintiff unable to sleep and live in fearful and panic as well as went to VA ER for medical treatments .Also, Weiss are under State Bar Criminal Investigations on his Criminal Conducts that he did with Plaintiff Tony Nguyen and with the case he defended for his Client THIEN TRAN .

9.  **BRYAN ELKERTON** (hereinafter ELKERTON ) is an insurance advocate . He was a counsel to defend his client in the Car Accident case in which Plaintiff NGUYEN is a Victim-Plaintiff. ELKERTON unlawfully forwarded many privacy information of NGUYEN including his Medical Treatments and ID , Personal Information to Defendant WEISS from 08 /2015 until recently in flagrant violation of CA Civil Code, Federal Laws and State Bar Rules.

10. **MIRANDA Mc CROSKEY** is a Criminal Defense Lawyer for THIEN TRAN in the BATTERY AND ATTEMPT TO MURDER case in which Plaintiff NGUYEN was a VICTIM OF THIEN TRAN. ( Buena Park POLICE case # 2014-21472 which was forwarded to Orange County, District Attorney urging prosecution of BATTERY by DEADLY WEAPON and ATTEMPT MURDER charges). MIRANDA Mc CROSKEY is the key person along with THIEN TRAN , THU HIEN THI NGUYEN , VANESSA MORENO fabricated facts to obtain a Restraining Order against Plaintiff NGUYEN to prevent the latter's CRIMINAL INVESTIGATION against THIEN TRAN as a Criminal Suspect and to cover TRAN's numerous criminal activities including Sham Marriages and Money Laundering.

11. **Judge FRANZ MILLER** (hereinafter MILLER) is an incompetent Judicial Officer of the Superior

Court of California in and for Orange County.  Defendant Miller was reprimanded by the California Commission on Judicial Performance for his negligence, incompetence and biased conducts including improper issuance of a RESTRAINING ORDER in which MILLER failed to protect a Criminal -Victim (at that time NGUYEN) on 06/10/2014 and subsequently defendant MILLER was transferred to Orange County Family Section for his incompetence and biased conduct .

Also, it appears defendant MILLER under color of his Public Capacity, retaliated against Plaintiff NGUYEN in other civil case when he unlawfully directed other JUDICIAL OFFICER in Orange County, such as Judge KELLY, to favor to other criminal Defendant while Plaintiff was a CRIME-VICTIM .

12. **Judge ROBERT MOSS** (hereinafter MOSS) is an incompetent judicial officer of the Superior Court in California in and for Orange County . Defendant MOSS was previously sued for failing to properly to exercise his judicial discretion. Even the California Court of Appeals dismissed Fraudulent Restraining Order case from untimely appeal , defendant MOSS by incompetent and biased conducts, granted  attorney fees for Criminal Defendant THIEN TRAN in violation to MARSY'S  LAWS, Constitutional Laws to protect Crime-Victim .

13. **Judge TIMOTHY STAFFORD** (hereinafter STAFFORD) is an incompetent judicial officer of the Superior Court of California in and for Orange County. Defendant STAFFORD was the judicial officer  who signed the order on 04/21/2016 from the  fraudulent request of defendant THIEN TRAN and  ANDREW WEISS **to obtain "content of all of mail ..." and privacy information of Plaintiff .**

14. As a matter of fact , Plaintiff NGUYEN was determined to be a CRIME-VICTIM of battery by deadly WEAPON and attempt MURDER by the Buena Park PD, the Orange County DA  and the California Victim Compensation Board from their criminal INVESTIGATIONS and pursuant to MARSY'S LAWS. **Therefore , Plaintiff should be protected by Federal laws, California Constitution Article 01 Section 28 and should be granted a Restraining Order against defendant THIEN TRAN**.  However, because of incompetence and biased conduct with due process , defendant  MILLER granted a RESTRANING ORDER in  favored of  THIEN TRAN, a criminal defendant who had fragrantly used  as a deadly tool to cause serious physical injury to Plaintiff NGUYEN.

15.The true name and capacities of Defendants named herein as DOES 1 through 50 , inclusive , whether individual , corporate , associate , or otherwise , are unknown to Plaintiff who therefore sues Defendants by fictitious names pursuant to Code of Civil Procedure section 474. Plaintiff is informed and believes that DOE Defendant are California residents. Plaintiff will amend this complaint to show such true name and capacities when they have been determined .

6

14. Plaintiff is informed and believes , and thereby alleges , that each of the defendants herein was at all relevant times the agents , employee or representative of the remaining defendants and acting at least in part within the scope of such relationship.

By below facts common to all causes of actions , plaintiff  believes defendants committed causes  of actions as below :

**1.BATTERY BY DEADLY WEAPON TO ATTEMPT MURDER VICTIM-WITNESS. INTENTIONAL INFLICTION EMOTION DISTRESS .**

**2.VIOLATION OF CALIFORNIA  CONSTITUTIONAL RIGHTS OF CRIME-VICTIM (MARSY'S LAWS 2008)-INTENTIONAL INFLICTION EMOTION DISTRESS.**

**3. VIOLATIONS  OF 18 U.S.C § 3771 IN FAILING TO PROTECT CRIME VICTIM RIGHTS.**

**4. VIOLATION OF DUE PROCESS CLAUSE OF US CONSTITUTION AND OF CRIME VICTIM'S-WITNESS RIGHTS.**

**5. VIOLATION OF 42 US CODE 1983: -UNLAWFUL DEPRIVATION OF CONSTITUTIONAL RIGHTS OF CRIME-VICTIM BY DEFENDANT JUDGES  MILLER, MOSS , STAFFORD ( OF SUPERIOR COURT OF CALIFORNIA IN AND FOR ORANGE  COUNTY),  ANDREW WEISS,THIEN TRAN ,THU HIEN NGUYEN AND  MIRANDA Mc CROSKEY .**

**6. NEGLIGENCE DURING  JUDICIAL PROCEEDING.  FAILURE TO TRAIN PUBLIC EMPLOYEES  UNDER STATE CODE,  VIOLA TION OF COURT STANDARD .**

**7. DEFAMATION BY COMMITTING  PERJURY.**

**8. ABUSE OF PROCESS  BY COMMITTING PERJURY and OBSTRUCTION OF JUSTICE.**

**9. MALICIOUS PROSECUTION .**

**10.  CIVIL HARASSMENT.**

**11. VIOLATION OF FEDERAL PRIVACY ACT  WITH  OBSCURE MOTIVE IN COLLECTING   INTELLIGENCE  FOR FOREIGN GOVERNMENT.**

**12. FRAUD .**

**13. EXTORTION .**

**14. CIVIL CONSPIRACY .**

**15. RICO LAWSUIT CIVIL CLAIMS.**

**-INTENTIONAL INFLICTION EMOTION DISTRESS.**

**Cause 01: Obstruction of Justice**

**Cause 02: Battery by DEADLY WEAPON to attempt MURDER VICTIM-WITNESS.**

**Cause 03: Obstruction of Criminal Investigations.**

**Cause 04: Committed and Solicitation to commit Immigration Frauds**

**Cause 05 : Money Laundering .**

**Cause 06:  Solicitation to support Foreign Agents' International Illegal Criminal Activities .**

**Cause 07: Civil Conspiracy .**

**Cause 08 : Mail Theft by unlawfully obtaining Crime-Victim Information .**

**Cause 09 : Mortgage Fraud.**

**Cause 10 : Tampering of  Witnesses in fraudulently obtained a Restraining Order against**
            **Victims'-Witness.**

**Tampering Witnesses in taking advantage on Criminal and Civil Case outcomes.**
**Cause 11: Extortion.**

**Cause 12: Human Trafficking by Sham Marriage .**


**Request to form GRAND JURY on RICO  CRIMINAL  LIABILITIES.**

# FACTS COMMON TO ALL CAUSES OF ACTIONS.

1.Plaintiff was a HARVARD ALUMNUS , a Scientist and Legal Scholar whom honorably served for the country in US Air Force with many INJURIES as well as President of HARVARD ALUMNI of US AIR FORCE and got over 08 degrees from Bachelors to Doctorate by honor scholarships as well as got Honor scholarship from American Trial Lawyers Association and Honor Member of National District Attorneys Association . Plaintiff is the General Director of a US Military Support Investigations Agency . Plaintiff is qualified to practice LEGAL INVESTIGATION in US Military , Federal and State Courts .His experiences are Criminal, National Security and Patent Infringement Investigations.

Plaintiff has been an active member of the Vietnamese American Community and currently President of a National Non Profit Organization whose goal is to help US Veterans and Indigents in Education , Training and providing Legal Services.

2. Defendant THIEN KINH TRAN (hereinafter **Thien TRAN**, born 1970) is a high school diploma holder , has a long Criminal History including convictions of GRAND THEFT in 1995 and BURGARY in 1998 , and several convictions of domestic violence against his Ex-Girlfriend THU HIEN NGUYEN (hereinafter **Thu NGUYEN**). According to Thu NGUYEN 's statement, Thien TRAN was paid $30,000 by Thu NGUYEN's family to marry and sponsor Thu NGUYEN into the US. Also, pursuant to Thu NGUYEN, and her boss Cecilia BUI 's statements which were AUDIOTAPED with mutual Consent, Thien TRAN frequently committed sexual and physical abuses against Thu NGUYEN.

3. On or about March 21, 2008 , Thien TRAN framed a fake Loan Documents, disguised Thu NGUYEN's signature and together obtained a loan approval for the house located at 7901 Dale , Buena Park, California, according to Thu NGUYEN's statements.

On 04/2014, Thu NGUYEN solicited Plaintiff NGUYEN to help her in the Fraudulent Mortgage concerning her house located at 7901 Dale Buena Park CA, and helping the Money Laundering operation for Thien TRAN while he received illegal money from illegal Activities and Solicitation of Sham Marriage and transferring Illegal Money from Vietnam to the US to support the Vietnamese Communist Agents in the US.

From January to March 2014, after knowing Thu NGUYEN for a short time, Thu NGUYEN

complained to Plaintiff that she was abused by Thien TRAN in a sham marriage operation requiring her to pay Thien TRAN at least 30,000 dollars . However , Thu NGUYEN did not pay this amount in full, Thien TRAN requested her to pay $20,000 pursuant to sham marriage contract she and Thien TRAN entered into in January 2002, to be paid in installments. Since Thu NGUYEN was unable to comply with the contractual obligation, THU offered herself as a sex object to Thu TRAN and helping him running the illegal  money laundering networks and sham marriage businesses from 2004 until now .

Thu NGUYEN admitted that from 2003 to 2014 she ran a Sham Marriage Operation to pay back the money owed Thien TRAN and helped Thien TRAN in his illegal activities as his way of  living. Thu NGUYEN also admitted that in order to obtain her Bachelor online program in Dental Hygiene, she committed Cheating and Plagiarism based on her  FRAUDULENT character. Thu NGUYEN still complains that she need to buy a new house and leave the one located at 7901 Dale Buena Park, California in order to escape the control and abuse of Thien TRAN.

4. Under forceful pressure from Thien TRAN, on May 01 2014,  Thu  NGUYEN fabricated the fact that she was pregnant with PLAINTIFF NGUYEN that was discovered  later to be a LIE , FRAUD and SET UP  to execute an illegal EXTORTION plot from an illegal plan set up by  Thien TRAN and Thu NGUYEN .

5.  In May 2014 ,  Thu NGUYEN under Thien TRAN's direction, complained to Plaintiff  that she need $500,000 to buy a new house for her to be born baby with Plaintiff  NGUYEN while  Thu NGUYEN **simultaneously**  had  a Sexual-Relationship with another boyfriend named SUNNY DUONG ( or HUY DUONG), **whom also got many " businesses" deal with Communist Party of Vietnam.**

6. When Plaintiff  NGUYEN rejected  Thu NGUYEN's request of $500,000 to buy a new house for her pursuant to the Extortion Plot framed by Thu NGUYEN and Thien TRAN , Thu NGUYEN made out a check  amounting to $40,000  SUNNDY DUONG's name that she claimed to have received from Sunny DUONG her  Sex Partner, at the same time attempted to extort  Plaintiff NGUYEN's  money so she may live like a queen .

Besides, while being unsuccessful to extort money from  Plaintiff,  Thien  TRAN and  Thu NGUYEN tried to solicit Plaintiff to engage in sham marriage with a number of young women in Vietnam  and in the US and help these two individuals in money laundering, mortgage fraud operation

and other illegal activities. Such illegal solicitations were reported to Law Enforcement Agencies and the FBI.

Believing her pregnancy with plaintiff to be true  (and later found to be a  FRAUD ),  Plaintiff had to rent a  place for Thu NGUYEN to live as requested,  but Thu NGUYEN insisted Plaintiff must purchase a house the TITLE  of which listed her as the owner according to the plot framed by Thien TRAN and Thu Hien Nguyen.

Pursuant to Thu NGUYEN allegation about illegal activities perpetrated by  Thien TRAN, Plaintiff NGUYEN advised Thu NGUYEN to  report these activities  to Law Enforcements Agencies. Thu  NGUYEN  informed  that Thien  TRAN may  kill Plaintiff  if  he report Thien TRAN's illegal activities  to  the  Police  and  Federal  Agencies.  However  being  in  an  expert  in  CRIMINAL INVESTIGATIONS with US Military and Federal Court, Plaintiff advised Thu NGUYEN that Plaintiff will report Thien TRAN's  illegal activities to the Police and  Federal Law Enforcement Agencies .

7. On or before  the date  of May 07 2014,  Thu NGUYEN informed  Thien TRAN of  Plaintiff NGUYEN's  intent to report  Thien TRAN's  criminal activities to Law Enforcement Agencies. Because of  the  above-mentioned reasons,  Thien  TRAN  set  up  a  plan  to  "teach  Plaintiff  a  lesson"  as  Thu NGUYEN  previously  warned Plaintiff some days before .

8. On and before the date of May 07 2014, Thu Nguyen made a phone call and  asked Plaintiff to deliver medicine and foods as well as giving  her $5000 in cash to take care of her well-being since she has not been feeling good because of her pregnancy ( but subsequently found to be Fake), she also told Plaintiff  to come by her house located at 7901 Dale Buena Park at 9 PM on 05/08/2014 .

9. At such point, Plaintiff became very surprised why Thu NGUYEN  need  him to deliver food and medicine at night instead of during the day!!  However, believing Thu NGUYEN's pregnant allegation , Plaintiff bought some foods and medicines for her care .

10. After one day busy, on or about  9PM of  May 08 , 2014,  Plaintiff along with other volunteer at his Non Profit Legal Organization  stopped by in front of 7901 Dale , Buena Park to drop some medicine, including  some Vitamins, as requested by Thu NGUYEN  from May 07, 2014 .

Pretending to be  in bathroom, as plot by Thien TRAN, Thu NGUYEN did not answer

Plaintiff's telephone call. Plaintiff knocked at the entrance door and was advised by Ms. Vanessa, a sub-lessee in that house, that "this owner is very violent and crazy, he can hit you". After that ,

Plaintiff stepped back and waited for Thu NGUYEN on the PUBLIC side walk. Suddenly, Thien TRAN appeared with a deadly weapon, a **Metal Baseball Bat** and aggressively approached Plaintiff and said in Vietnamese: *"Why you wait here for Thu Hien Nguyen and I will hit you if you remain here".* I responded *" Hien told me to hand her some medicine including Vitamines and I am waiting here on a public area".* After that, **TRAN used his Metal Bat and strongly pushed into Plaintiff 's stomach, private area and attempted to strike Plaintiff's head. Please see Police Report.**

9. When Thien TRAN rose his Metal Bat in an attempt to hit Plaintiff's head, he ducked this second attack and Thu NGUYEN appeared on the scene, seeing Plaintiff was about to call the Police and fearing that they may be in big trouble if their plot was discovered , Thu NGUYEN intervened and said in Vietnamese *" Tran, you cannot kill him now".* Shortly after that , Thien TRAN and Thu NGUYEN retreated inside and engaged in some discussion.

Fearing for his safety at this point in time, Plaintiff decided to call 911 and was advised to report the incident as a Battery and ATTEMPT to MURDER case to Buena Park Police Department **(please see Police Report no:14-21472)** which was latter forwarded to the Orange County District Attorney Office for Criminal Prosecution. When Police Officer showed up, Thu NGUYEN made a false statement to Officer Katani that she separated from Plaintiff many weeks ago **(please see Buena Park Police Report)**. Thien TRAN and Thu NGUYEN also coached a witness (named Vanessa Moreno) to lied to the Police that she never see any weapon from Thien TRAN using to attack Plaintiff. (while TRAN admitted with POLICE that he used an Metal Bat to attack Plaintiff NGUYEN since he wanted to teach NGUYEN a lesson, because Plaintiff NGUYEN tried to harass Thu NGUYEN.

After suffering serious pains from sudden attack from Thien TRAN , Plaintiff was hospitalized for 05 hours in VA Military Hospital in Long Beach for treatment of severe pains in the abdomen and private area. Plaintiff vomited three times in the next morning (May 09 , 2014) and still receive medical treatments from such pains until now.

10. As advice by Officer Kotani and Officer Carter of BUENA PARK Police Dept., Plaintiff pressed charges of Battery and Attempted MURDER against Thien TRAN, and the case was forwarded to the Orange County District Attorney Office for Prosecution .

It should be noted that Thu NGUYEN made up a false story in the Police Report dated May 08 2014 and Court Transcript dated June 06 and JUNE 10 2014 to cover up her ex-fake husband and co-criminal conspirator Thien TRAN that she broke up with Plaintiff many weeks ago. Thu NGUYEN conduct was in direct contradiction with her texting messages, witnessed by Plaintiff's mother and third persons, to Plaintiff asking him to deliver food and medicine.

Also , Thu NGUYEN provided a false statement to the Police Officer that she did not see Thien TRAN hit Plaintiff and claimed Thien TRAN did not carry any deadly WEAPON which contradicted Thien TRAN's statement that he used the Metal Bat to hit Plaintiff 's midsection violently, and Thu NGUYEN earlier claim with Police that Thien TRAN carried a deadly weapon to attack Plaintiff because Plaintiff was harassing her

11. On May 13 2014 , Plaintiff filed a Restraining Order(TRO) against Thien Tran and was granted a Temporary Restraining Order against Thien Tran .

On May 15 2014, after discussing with Thu NGUYEN and in an attempt to prevent Criminal Investigation against Thien TRAN and Thu NGUYEN , Thien TRAN filed a TRO against Plaintiff but was denied by the Court.

On May 15,16 2014 , after discussing with Thien TRAN , Thu NGUYEN called Plaintiff and his Mother to insist that Plaintiff should not file any legal action or criminal complaint to the Police or Law Enforcement Agencies about Thien TRAN's Criminal Conduct as Battery with a deadly weapon and attempt to murder .

**12 .On May 16, 2014 , Thu Hien Nguyen with Sunny Duong appeared before the BUENA PARK POLICE DEPT to provide a false statement about the fact occurred on May 08 2014 that Thien TRAN did not hit to Plaintiff. After that , she called Plaintiff and insisted Plaintiff to drop the charge against her ex-husband and co-criminal conspirator. If Plaintiff failed to go along that Thu NGUYEN will not keep her unborn baby (later proven to be a FAKE).**

Also On May 16 , 2014 , Thu Hien Nguyen texted to Plaintiff that *" I want to inform you that I did not have baby with you , that is a fake story ..."*. this statement showed that Thu NGUYEN and Thien TRAN conspired to blackmail and extort MONEY from Plaintiff.

On May 19 2014 , defendant TRAN and his Lawyer Miranda Mc Croskey made a forgery of Thu NGUYEN's signature in the Declaration of Thu NGUYEN filed with the Court to commit a violation

of falsified documents under oath .This matter was brought to the State Bar of California and DA Investigator for further investigation.

13.On June 06   and June 10 , 2014 , Miranda Mccroskey, Esq  coached and directed Thien TRAN , Thu NGUYEN and Vanessa MORENO lying the Court according to Court Transcripts  to obtain the false and FRAUD  restraining order against Plaintiff .

**From disappearance of many key witnesses like Scene Police Officer Kotani whom obtained statements from Thien TRAN that he used Metal pipe to attack Plaintiff as well as other witnesses, Plaintiff NGUYEN was asking Defendant FRANZ MILLER to continue for getting the testimony of Officer KOTANI and other Witnesses but  Defendant Judge FRANZ MILLER abused his judicial power in failing to exercise the rights of PLAINTIFF as Crime victim was determined in BUENA PARK POLICE report and under the 04 and 14 amendment of US Constitutions Law in the biased and incompetent rulings on favor of Thien TRAN as Criminal Defendant whom seriously attacked Plaintiff and intent to kill PLAINTIFF as such point .**

In additional , Defendant Judge FRANZ MILLER turn around the fact and  shown his discrimination and incompetent conducts when he ruled on his minute order on 08/13/2014 that Plaintiff did not request POLICE OFFICER to testify on 06/10/2014 .

With such unjust restraining order against Plaintiff as Crime Victim , Plaintiff was suffered in his Secret Clearance with DOD as well as Emotion Distress .

**Also , WEISS AND TRAN utilized the NEGLIGENCE of Attorney JAMES WILLISON  and MICHAEL LINDLEY . of PLAINTIFF to collect FRAUD Attorney fees from 06/2014 to 2016 .**

**In fact , Plaintiff NGUYEN complained this matter to Orange County Superior Court Office of General Counsel from 02/2016 and US Department of  Justice  from these incompetent Judicial Officers , abuse of powers and FRAUD of Andrew Weiss , Miranda Mccroskey , misuse and abusing use of the restraining order in Law Enforcement Agencies system , let Plaintiff in serious damages .**
**From 08/2015 until now, ANDREW WEISS AND THIEN TRAN made up the fact to collect attorney's fees by harassment and made-up facts to crime victim as PLAINTIFF NGUYEN.**

To Sue involved Parties of this attempted murder and FRAUD case, Plaintiff filed a Civil Cases at

Superior Court on 06/2014 . After period of time , Plaintiff decided to move the case as RICO Claim at this Federal Court and State Court to determine the damages and RICO criminal Conducts from involved Parties .

From 07/2015 until now ,Andrew Weiss as Defendant's Counsel tried and illegally obtained Plaintiff Military and Personal Information in Violation to Crime Victim under MARSY LAW.( California Constitutions Article 01 Section 28 ).

On 09/2015 , Defendant Andrew Weiss contacted with Defendant Bryan Elkerton as a car Accident Counsel from other Plaintiff's case to unlawfully obtain medical records , treatments and other personal record in violated to Federal Privacy acts and Court Procedures.

**On 02 /2016 , Defendant Andrew Weiss and Thien Tran unlawfully contacted with Hansa Hannen as an Owner of a Plaintiff's Private Mail box to unlawfully obtain Mails , Personal Information and his Military Non Profit  Law Group's mails and Information .**

Until now , Defendant Andrew Weiss unlawfully harassed and harassed to many relative members of Plaintiff by called , harassed and trespassing .

**On 06/2014 until now  , Defendant Franz Miller failed to protect Crime Victim by  a restraining order and favor for Criminal Defendant THIEN TRAN and failed to exercise the right's crime victim under MARSY LAWS and 4, 14th amendments of US Constitutions .**

Also, Defendant FRANZ MILLER unlawfully favored  attorney fee for Defendant ANDREW WEISS and THIEN TRAN as Criminal Defendants.

On 02/2016 , Defendant ROBERT MOSS unlawfully favored  attorney fee to support the court abuse of process of ANDREW WEISS and THIEN TRAN in failing to protect CRIME VICTIM under CA Marsy law and CA Constitutions Article 02 section 28 .

On 08 /2016 , Defendant TIMOTHY STAFFORD failed to protect CRIME VICTIM by signed unlawful order to support Andrew WEISS and Criminal Defendant THIEN TRAN in seeking " CONTENT of PRIVATE MAIL BOX " of Plaintiff NGUYEN in failing to protect CRIM victim under Marsy's  Laws and California Constitution Law Article 01 Section 28 .

On 08/2014 , Defendant Miranda Mccroskey coached Defendants included Defendant VANESSA MIRANO in committed PERJURY and FRAUD as well as Obstruction to JUSTICE and Criminal Investigations.

Also, Defendant Miranda Mccroskey abused the court system by seeking  fraudulent attorney fee that Thien TRAN never pay for Defendant Mccroskey .
Besides, Defendant FRANZ MILLER abused his judicial power in failing to protect Crime VICTIM of attempted MURDER from defendant Thien TRAN from incompetence and biased conducts to Plaintiff Tony-Tuan Nguyen .

Thien TRAN told in police officer in Police Report that he did push with deadly weapon with some strong pressures to midsection of Plaintiff but changed stories in Court on JUNE 10 2014 that he NEVER  touch the metal pipe even very slightly force  according to Court Transcripts.

Thu NGUYEN made up stories in something conflicted with her statement to police on May 08 that she did not want plaintiff come but he still to come , in contrary with fact , witnesses as well as texting communication as admissible evidence before the court  according to Court Transcripts that Plaintiff did come to Tran House on May 08 , 2014 to deliver Medicine and food for Thu NGUYEN medical condition as well as Unborn baby like she claimed but that is a FRAUD found later from she and Thien TRAN formed a EXTORSION plot to unlawfully obtain money and property from Plaintiff .

Also , Thu NGUYEN made up stories to mislead and provided false statement to the Court on June 06 2014 and June 10 2014 .
These PROVIDING FALSIFIED DOCUMENTS ,LYING TO COURT and PEJURY  of THIEN TRAN, THU NGUYEN , MIRANDA MCCROSKEY AND VANESSA MORENO  was reported to BUENA PARK POLICE AND DA Criminal Investigator on JUNE 11 and JUNE 12 2014 with the pending INVESTIGATION .
On June 10 2014 , Thu NGUYEN informed with PLAINTIFF on the Court Hearing  that she was in miscarriage with Plaintiff. However , This fact is a LIE since she text" I never got baby with you, that is a lie " and admitted with PLAINTIFF's mother like such fact.

14. From THIEN TRAN , Miranda Mccroskey coaching , VANESSA MORENO made up a story that Plaintiff also stopped by the Tran's house  on MAY 09 2014 even Plaintiff in Military Hospital Emergency Room at such time  according to Court Transcripts as well as made up many stories to

mislead and provide false statement to the Court on June 06 2014.

As the result of defendants's torts and malicious conducts, The Court made error on their decision on June 10 2014 but was found in errors and got approval  hearing on July 14 2014 again for this restraining order against THIEN TRAN from prior disqualification and errors in finding evidence and key witnesses like directly Police Officer was not shown up at such time .

From 06/2014 until now , THIEN TRAN , Mccroskey , WEISS and Elkerton unlawfully tried to obtain and obtained personal and Military Information included MEDICAL RECORDS, Personal mailing and Plaintiff's Military Non Profit Law Group .Besides, they altered and made up Military Records that violated Federal laws and Federal Privacy Acts 1974.

**On 12/10/2016 , Defendant Thien Tran with his Counsel Andrew Weiss threatened and harassed Plaintiff NGUYEN and  conducted witness tampering with his godparents. This incident was investigated by Garden Grove Police ( Case #066851 -GGPD ).**

Also, Plaintiff believed and have many reasons to believe the Defendants tried to forwarded Plaintiff's Military and Personal Information to Vietnamese Central Communist Agency for unlawful support to Foreign Intelligent Agency in violation to Federal Laws .

11. As fact , Plaintiff NGUYEN was determined CRIME VICTIM of Battery by deadly WEAPON and Attempt MURDER by Police of Buena PARK , Orange County District Attorney and California VICTIM Compensation BOARD from their criminal INVESTIGATIONS and LAWS. From such fact , Plaintiff must be protected under MARSY'S LAWS.

12.

Also From above facts , Plaintiff believed DEFENDANT committed the Torts as below :

**1. BATTERY BY DEADLY WEAPON TO ATTEMPT MURDER VICTIM-WITNESS.INTENTIONAL INFLICTION EMOTION DISTRESS .**

**2. VIOLATION OF CA CONSTITUTIONAL RIGHTS OF CRIME VICTIM (MARSY'S LAWS) 2008.**

**3. VIOLATIONS  OF 18 U.S.C $3771 IN FAILING TO PROTECT CRIME VICTIM RIGHTS.**

**4.VIOLATION OF DUE PROCESS CLAUSE OF US CONSTITUTION AND OF CRIME VICTIM'S-WITNESS RIGHTS.**

**5. VIOLATION OF 42 US CODE 1983: BY JUDGE MILLER AND JUDGE MOSS ,ANDREW WEISS.**

**6. NEGLIGENCE DURING  JUDICIAL PROCEEDING. FAILURE TO TRAIN PUBLIC EMPLOYEES  UNDER STATE CODE VIOLA -TION OF COURT STANDARD .**

17

7.  DEFAMATION BY COMMITTING  PERJURY.

8. ABUSE OF PROCESS  BY COMMITTING PERJURY and OBSTRUCTION OF JUSTICE.

9. MALICIOUS PROSECUTION .

10. CIVIL HARASSMENT.


11. VIOLATION OF FEDERAL PRIVACY ACT  WITH  OBSCURE MOTIVE IN
     COLLECTING   INTELLIGENCE  FOR FOREIGN GOVERN -MENT.

 12. FRAUD .

13. EXTORTION .

14. CIVIL CONSPIRACY .

15.  RICO LAWSUIT CIVIL CLAIMS.

Cause 01: Obstruction of Justice

Cause 02: Battery by DEADLY WEAPON to attempt MURDER VICTIM-WITNESS.

Cause 03: Obstruction of Criminal Investigations.

Cause 04: Committed and Solicitation to commit Immigration Frauds

Cause 05: Money Laundering .

Cause 06: Solicitation to support Foreign Agents' International Illegal Criminal Activities .

Cause 07: Civil Conspiracy .

Cause 08 : Mail THEFT to unlawfully obtain CRIME VICTIM Information .

Cause 09 : Mortgage FRAUD.

Cause 10 : Tampering to Witnesses to fraudulent obtained the Restraining Order against VICTIM'S-WITNESS.

Tampering to Witnesses in taking advantage on Criminal and Civil Cases.

Cause 11: Extortion by Criminal Conducts and Abuse of Court Proceeding .

Cause 12: Human Trafficking by Sham Marriage


Request to form GRAND JURY on RICO CRIMINAL LIABILITIES.

15. As the result of defendants 's wrongful actions, Plaintiff suffered a lot in emotional distress, physical health, money, family, opportunities in governments, businesses and education etc. Besides, Plaintiff met a lot of difficulties and damages when he got Secret Clearance to Department of Defense for his current works caused by the record of this incident.

16. Plaintiff does not know the true name and capacities of the defendant sued herein as Does 1 through 50 , inclusive , and therefore sues these defendants by fictitious names. Plaintiff shall amend this complaint to allege their true names and capacities when ascertain . Plaintiff is informed and believe that Does 1 through 50 are responsible in some manners for the matters alleges in this complaint.

17. Finally, Damages as a result of the incident were as follows:

As a result of a RICO CRIMINAL activities as well as abuse of US and California constitutions included assault , battery , defamation , abuse of process , malice prosecution , as negligence and extortion of Defendants , Plaintiff has a lot damages in health, reputation , business, family, government works and opportunities etc.

# FIRST CAUSE OF ACTION

## 1. BATTERY BY DEADLY WEAPON TO ATTEMPT MURDER VICTIM-WITNESS.INTENTIONAL INFLICTION EMOTION DISTRESS .

Plaintiff hereby re-alleges and incorporates by reference , as thought fully set forth herein , the allegation contained in each and every preceding paragraph of this complaint .

Attempted murder is the incomplete, unsuccessful act of killing someone. It is a serious criminal offense that, in all but a few cases of mitigating circumstances, can result in substantial prison time. Battery is a criminal offense involving the unlawful physical acting upon a threat, distinct from assault which is the act of creating apprehension of such contact.

In the United States, criminal battery, or simply battery, is the use of force against another, resulting in harmful, offensive or sexual contact.It is a specific common law misdemeanor, although the term is used more generally to refer to any unlawful offensive physical contact with another person, and may be a misdemeanor or a felony, depending on the circumstances. Battery was defined at common law as "any unlawful and or unwanted touching of the person of another by the aggressor, or by a substance put in motion by him.

Also , Under Tort Law , Criminal Law and PENAL CODE SECTION 240-248 :
- 240.  An assault is an unlawful attempt, coupled with a present ability, to commit a violent injury on the person of another.
- 241.  (a) An assault is punishable by a fine not exceeding one thousand dollars ($1,000), or by imprisonment in the county jail not exceeding six months, or by both the fine and imprisonment.
(b) When an assault is committed against the person of a parking control officer engaged in the performance of his or her duties, and the person committing the offense knows or reasonably should know that the victim is a parking control officer, the assault is punishable by a fine not exceeding two thousand dollars ($2,000), or by imprisonment in the county jail not exceeding six months, or by both the fine and imprisonment.

19.  By 03 witnesses included POLICE statements , Defendant THIEN TRAN unlawfully attacked by deadly weapon in intent to kill Plaintiff with the assistance from THU NGUYEN and VANESSA MORENO in pattern of Criminal Conspiracy in obstruction to JUSTICE and Criminal

20

INVESTIGATIONS .

On May 08 2014 , Defendant THIEN TRAN and others , individually through his or her acting within the scope of his or her intentional by using DEADLY WEAPON for STRONGLY HITTING OR PUSHING TO midsection and hit to the HEAD of PLAINTIFF caused Plaintiff got serious injuries and pains (Vomiting 03 times and serious pain in private area and went to EMERGENCY ROOM of VA LONG BEACH )while PLAINTIFF came to TRAN HOUSE with purpose to deliver FOOD and MEDICAL Medicine according to request of THU HIEN NGUYEN .However , This is an attempt to MURDER plot that THIEN TRAN and THU HIEN NGUYEN planed many days before of such date.

In the Police report , THU HIEN NGUYEN made up the fact that she never asked Plaintiff come to her house.In fact, she misled the Police Officer (KOTANI) on May 08 2014 and Court on June 06 and 10 2014 that she broke up with Plaintiff one week ago to cover her ex-fake husband criminal conducts in attempt to kill Plaintiff when hit Plaintiff without any reason even with defense for trespassing and Plaintiff talked with him in very polite conducts under lighting .
In fact ,EVEN Plaintiff was in SIDE WALK , he kept going to strongly push PLAINTIFF' MIDSECTION and tried to hit PLAINTIFF's head when rise the metal pipe to the head of PLAINTIFF, let Plaintiff was in Military Hospital EMERGENCY a day after such night and was in EMOTION SUFFERING in Military Hospital .
21.As proximate result of defendants' s wrongful assault and battery in attempt to KILL Plaintiff , he has lost earnings and/or earning capacity and other employment benefits , and he has suffered , and continues to suffer , emotional distress, embarrassment , humiliation and mental anguish all to his damage in an amount according to proof.
22. Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants an amount according to proof.
23. As the result of Defendant's ASSAULT AND BATTERY , and harassment as alleged herein , Plaintiff is entitled to his attorney's fee and cost of suit as provided by law.
WHEREFORE, Plaintiff request relief as hereinafter provided.

# SECOND CAUSE OF ACTION
## 2.VIOLATION OF CA CONSTITUTIONAL RIGHTS OF CRIME VICTIM (MARSY'S LAWS) 2008.

.Plaintiff hereby re-alleges and incorporates by reference , as thought fully set forth herein , the allegation contained in each and every preceding paragraph of this complaint .

1. CALIFORNIA VICTIM BILL OF RIGHTS-MARSY'S LAWS 2008 :

As a victim in a criminal case, you are entitled to the following rights under Article 1, §28(b) of the California Constitution.   (b) In order to preserve and protect a victim's rights to justice and due process, a victim shall be entitled to the following rights:

(1) To be treated with fairness and respect for his or her privacy and dignity, and to be free from intimidation, harassment, and abuse, throughout the criminal or juvenile justice process.

(2) To be reasonably protected from the defendant and persons acting on behalf of the defendant.

(3) To have the safety of the victim and the victim's family considered in fixing the amount of bail and release conditions for the defendant.

(4) To prevent the disclosure of confidential information or records to the defendant, the defendant's attorney, or any other person acting on behalf of the defendant, which could be used to locate or  harass the victim or the victim's family or which disclose confidential communications made in the course of medical or counseling treatment, or which are otherwise privileged or confident by law.

13. To refuse an interview, deposition, or discovery request by the defendant, the defendant's attorney, or any other person acting on behalf of the defendant, and to set reasonable conditions on the conduct of any such interview to which the victim consents.

14. To reasonable notice of and to reasonably confer with the prosecuting agency, upon request, regarding, the arrest of the defendant if known by the prosecutor, the charges filed, the determination whether to extradite the defendant, and, upon request, to be notified of and informed before any pretrial disposition of the case.

15. To reasonable notice of all public proceedings, including delinquency proceedings, upon request, at which the defendant and the prosecutor are entitled to be present and of all parole or other post-conviction release proceedings, and to be present at all such proceedings.

16. To be heard, upon request, at any proceeding, including any delinquency proceeding, involving a post-arrest release decision, plea, sentencing, post- conviction release decision, or any proceeding in which a right of the victim is at issue.

22

17. To a speedy trial and a prompt and final conclusion of the case and any related post-judgment proceedings.

(10) To provide information to a probation department official conducting a pre- sentence investigation concerning the impact of the offense on the victim and the victim's family and any sentencing recommendations before the sentencing of the defendant.

(11) To receive, upon request, the pre-sentence report when available to the defendant, except for those portions made confidential by law.

(12) To be informed, upon request, of the conviction, sentence, place and time of incarceration, or other disposition of the defendant, the scheduled release date of the defendant, and the release of or the escape by the defendant from custody.

(13) To restitution.

(14) To the prompt return of property when no longer needed as evidence.

(15) To be informed of all parole procedures, to participate in the parole process, to provide information to the parole authority to be considered before the parole of the offender, and to be notified, upon request, of the parole or other release of the offender.

(16) To have the safety of the victim, the victim's family, and the general public considered before any parole or other post-judgment release decision is made.  (17) To be informed of the rights enumerated in paragraphs (1) through (16). For purposes of this law, a "victim" is a person who suffers direct or threatened physical, psychological, or financial harm as a result of the commission or attempted commission of a crime or delinquent act.  The term "victim" also includes the person's spouse, parents, children, siblings, or guardian, and includes a lawful representative of a crime victim who is deceased, a minor, or physically or psychologically incapacitated.  The term "victim" does not include a person in custody for a offense, the accused, or a person whom the court finds who would not act in the best interests of a minor victim.

By above facts, it shown that defendant Franz Miller , Robert Moss , Timothy Stafford denied the facts that Plaintiff NGUYEN is Crime Victim of defendant THIEN TRAN .

On 04/21/2016 , Defendant Stafford unlawfully signed order let Defendant THIEN TRAN and ANDREW WEISS unlawfully obtained Mailing of Plaintiff and his US Military Non Profit Law Organization in violation to Federal Privacy Act and Marsy Law to protect Crime Victim-Witness.

Defendant WEISS AND TRAN also unlawfully stalked Plaintiff's working place , mailing address to harass and intent to harm Plaintiff NGUYEN .

By denial of restraining order against THIEN TRAN on 06/10/2014 to Plaintiff NGUYEN and favor for Criminal Defendant THIEN TRAN , defendant FRANZ MILLER gave a deadly tool for THIEN TRAN in intent of harm to Plaintiff by unjust , incompetent and abuse of judicial power of Defendant

FRANZ MILLER .

Also , Defendant Robert Moss and Timothy Stafford was failing to protect Crime Victim under MARSY LAWS.

 As proximate result of defendants' s Violation to MARSY LAWS to support Crime Defendant ,Plaintiff  suffered , and continues to suffer , emotional distress, embarrassment , humiliation and mental anguish all to his damage in an amount according to proof.

27. Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants  an amount  according to proof.

28. As the result of Defendant's Violations to Plaintiff Crime Victim rights , Plaintiff is entitled to his attorney's fee and cost of suit as provided by law.

WHEREFORE, Plaintiff request relief as hereinafter provided.

# CAUSE OF ACTION 03:

## VIOLATION TO USC 3771 IN FAILING TO PROTECT CRIME VICTIM RIGHTS.

## 3. Federal Law Crime Victims' Rights Act

4. 18 U.S.C. § 3771. Crime victims' rights

5. (a) RIGHTS OF CRIME VICTIMS.--A crime victim has the following rights:

6. (1) The right to be reasonably protected from the accused.

7. (2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.

8. (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.

9. (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.

10. (5) The reasonable right to confer with the attorney for the Government in the case.

11. (6) The right to full and timely restitution as provided in law.

12. (7) The right to proceedings free from unreasonable delay.

13. (8) The right to be treated with fairness and with respect for the victim's dignity and privacy.

14. (9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement.

15. (10) The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (42 U.S.C. 10607(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice.

16. (b) RIGHTS AFFORDED.--In any court proceeding involving an offense against a crime victim, the court shall ensure that the crime victim is afforded the rights described in subsection (a). Before making a determination described in subsection (a)(3), the court shall make every effort to permit the fullest attendance possible by the victim and shall consider reasonable alternatives to the exclusion of the victim from the criminal proceeding. The reasons for any decision denying relief under this chapter shall be clearly stated on the record.

17. (c) BEST EFFORTS TO ACCORD RIGHTS.--

18. (1) GOVERNMENT.--Officers and employees of the Department of Justice and other departments and agencies of the United States engaged in the detection, investigation, or prosecution of crime shall make their best efforts to see that crime victims are notified of, and accorded, the rights described in subsection (a).

By the above fact , All defendants included Defendant Franz Miller , Robert Moss , Timothy Stafford will be liable on this Federal Violations in failing to protect CRIME VICTIM of Battery   by deadly

weapon and Attempted MURDER .

As proximate result of defendants' s Violation to MARSY'S  LAWS to support Crime Defendant
,Plaintiff  suffered , and continues to suffer , emotional distress, embarrassment , humiliation and
mental anguish all to his damage in an amount according to proof.

27. Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the
wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in
conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all
Defendants an amount  according to proof.

28. As the result of Defendant's Violations to Plaintiff Crime Victim rights , Plaintiff is entitled to his
attorney's fee and cost of suit as provided by law.

WHEREFORE, Plaintiff request relief as hereinafter provided.

# CAUSE OF ACTION 04 :

# VIOLATION OF DUE PROCESS CLAUSE OF US CONSTITUTION AND OF CRIME VICTIM'S-WITNESS RIGHTS.

**Plaintiff hereby re-alleges and incorporates by reference , as thought fully set forth herein , the allegation contained in each and every preceding paragraph of this complaint. Under 5th Amendments applied to Defendants and even for Crime Witnesses:**

The Fifth Amendment of the U.S. Constitution provides, "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."

**Under 14th Amendments:**

## **Amendment XIV**

Section 1.

**All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.**

By the above fact of common cause of actions , there were many reasons that Plaintiff Nguyen believed all of defendants were liable with such cause of action since **defendant Miller failed to master MARSY LAW and DUE PROCESS clause of US Constitution granted the restraining order to THIEN TRAN  as Criminal Defendant caused very serious and dangerous circumstance in letting Defendant can harm Plaintiff Nguyen by such restraining order** .

By Favor Restraining Order to THIEN TRAN as CRIMINAL Defendant , Defendant MILLER gave a deadly tool in letting TRAN can use it to HARM Plaintiff in any time .

As proximate result of defendants' s Violation to MARSY LAWS to support Crime Defendant ,Plaintiff suffered , and continues to suffer , emotional distress, embarrassment , humiliation and mental anguish all to his damage in an amount according to proof.

27. Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants  an amount  according to proof.

28. As the result of Defendant's Violations to Plaintiff Crime Victim rights , Plaintiff is entitled to his attorney's fee and cost of suit as provided by law.

WHEREFORE, Plaintiff request relief as hereinafter provided.

## CAUSE OF ACTION 05 :
## 5.VIOLATION OF 42 US CODE 1983: BY JUDGE MILLER AND JUDGE MOSS, ANDREW WEISS.

**Plaintiff hereby re-alleges and incorporates by reference , as thought fully set forth herein , the allegation contained in each and every preceding paragraph of this complaint .**

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

**By above fact ,**defendant FRANZ MILLER , ROBERT MOSS , TIMOTHY STAFFORD violated and abused 42 USC 1983 in violation of CRIME VICTIM rights as Plaintiff NGUYEN is a Disabled Air Force veteran and Minority race  as well .

As Compromises and  Abuse to Justice System , Defendant MILLER and other gave Defendant THIEN TRAN a deadly tool to kill and harm Plaintiff NGUYEN .

Since this Federal Laws applied to all of defendants despite whether they are public official or not , There were liabilities for all of defendants in this case .

As proximate result of defendants' s Violation to MARSY LAWS to support Crime Defendant ,Plaintiff suffered , and continues to suffer , emotional distress, embarrassment , humiliation and mental anguish all to his damage in an amount according to proof.
27. Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants  an amount  according to proof.
28. As the result of Defendant's Violations to Plaintiff Crime Victim rights , Plaintiff is entitled to his attorney's fee and cost of suit as provided by law.
29. As the result of Defendants's violations to 42 USC 1983 , Plaintiff was suffered and continue to be suffered until now .
WHEREFORE, Plaintiff request relief as hereinafter provided.

## CAUSE OF ACTIONS 06 :

## NEGLIGENCE DURING JUDICIAL PROCEEDING. FAILURE TO TRAIN PUBLIC EMPLOYEES UNDER STATE CODE VIOLATION OF COURT STANDARD .

**Plaintiff hereby re-alleges and incorporates by reference , as thought fully set forth herein , the allegation contained in each and every preceding paragraph of this complaint .**

**Negligence is failed to exercise proper DUTY to meet ordinary standard of cares. Failed to train JUDICIAL OFFICER as a negligence from ORANGE COUNTY OF CALIFORNIA.SUPERIOR COURT.**

**By above fact of common actions ,** Defendants MILLER , MOSS , STAFFORD failed to have proper training to serve People with a highest standard of moral characters and judicial professional conducts.

Defendant Orange County Superior Court failed to train its employees and judicial officers , created a Corrupted System to abuse and harm the justice .

As proximate result of defendants' s Violation to MARSY'S LAWS to support Crime Defendant ,Plaintiff suffered , and continues to suffer , emotional distress, embarrassment , humiliation and mental anguish all to his damage in an amount according to proof.

**On 02/2016 , Plaintiff filed a Government Tort complaint(see attachment) concerned with the Torts and Negligence caused from Judge Miller and Orange County Court ,let Plaintiff as Crime Victim of Attempted MURDER to become the restrained person ,in miscarriage of JUSTICE and let Plaintiff in serious damages.**

27. Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants an amount according to proof.

30. As the result of Defendant's Violations to Plaintiff Crime Victim rights , Plaintiff is entitled to his attorney's fee and cost of suit as provided by law.

31. As the result of Defendants's violations to 42 USC 1983 , Plaintiff was suffered and continue to be suffered until now .

WHEREFORE, Plaintiff request relief as hereinafter provided.

# CAUSE OF ACTION 07 :
## DEFAMATION BY COMMITTING  PERJURY.

**Plaintiff hereby re-alleges and incorporates by reference , as thought fully set forth herein ,
the allegation contained in each and every preceding paragraph of this complaint .**

**DEFAMATION:**

**n. the act of making untrue statements about another which damages his/her
reputation. If the defamatory statement is printed or broadcast over the media it is
libel and, if only oral, it is slander. Public figures, including officeholders and
candidates, have to show that the defamation was made with malicious intent and
was not just fair comment. Damages for slander may be limited to actual (special)
damages unless there is malice. Some statements such as an accusation of having
committed a crime, having a feared disease or being unable to perform one's
occupation are called libel per se or slander per se and can more easily lead to large
money awards in court and even punitive damage recovery by the person harmed.
Most states provide for a demand for a printed retraction of defamation and only
allow a lawsuit if there is no such admission of error.**

By above facts of common actions , All of Defendants were liable in this cause of action
In fact ,Plaintiff was a Crime Victim whom was in a racketeering and criminal plot of Thien Tran and
Thu Hien Nguyen as well as they were supported by defendants Miranda Mccrokey , Andrew Weiss,
Bryan Elkerton  are  fraud lawyers and Corrupted and Incompetent  Judicial Officers as Defendant
Franz Miller , Robert Moss and Timothy Stafford .As facts , Defendants made up many facts is untrue
that Plaintiff harassed THU HIEN NGUYEN as the reason that THIEN TRAN tried to kill and deadly
attacked PLAINTIFF NGUYEN caused serious INJURIES and DAMAGES .

Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the
wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in
conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all
Defendants  an amount  according to proof.

31

32. As the result of Defendant's Violations to Plaintiff Crime Victim rights , Plaintiff is entitled to

33. his attorney's fee and cost of suit as provided by law.

34. As the result of Defendants's violations to State and Federal Laws, Plaintiff was suffered and continue to be suffered until now .

WHEREFORE, Plaintiff request relief as hereinafter provided.

# CAUSE OF ACTION 08 :
# ABUSE OF PROCESS  BY COMMITTING PERJURY and OBSTRUCTION OF JUSTICE.

Plaintiff hereby re-alleges and incorporates by reference , as thought fully set forth herein , **the allegation contained in each and every preceding paragraph of this complaint** .

**Abuse of process is a cause of action in** tort **arising from one party making a malicious and deliberate misuse or perversion of regularly issued court process (civil or criminal) not justified by the underlying legal action. It is a** common law **intentional tort. It is to be distinguished from** malicious prosecution, **another type of tort that involves misuse of the public right of access to the** courts**.**

**By the fact of common causes of actions ,** Defendants were liable with Abuse of process since they fraudulently abused Civil Court System to obstruct Criminal Investigations and Obstruction to Justice .

**As the facts , Thien Tran and his gang maliciously misuse the court system to have fraudulent restraining order to prevent criminal investigation and obstruction to justice to cover their criminal acts and networks.**

**Also , WEISS AND TRAN utilized the NEGLIGENCE of Attorney JAMES W. and MICHAEL L. of PLAINTIFF to collect FRAUD Attorney fees from 06/2014 to 2016 .**

Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants  an amount  according to proof.

35. As the result of Defendant's Violations to Plaintiff Crime Victim rights , Plaintiff is entitled to his attorney's fee and cost of suit as provided by law.
36. As the result of Defendants's violations to State and Federal Laws, Plaintiff was suffered and continue to be suffered until now .

WHEREFORE, Plaintiff request relief as hereinafter provided.

## CAUSE OF ACTIONS 09:
### MALICIOUS PROSECUTION .
**Plaintiff hereby re-alleges and incorporates by reference , as thought fully set forth herein, the allegation contained in each and every preceding paragraph of this complaint .**

The common law tort of malicious prosecution originated as a remedy for an individual who had been subjected to a maliciously instituted criminal charge, but in California, as in most common law jurisdictions, the tort was long ago extended to afford a remedy for the malicious prosecution of a civil action. (Citations). Under the governing authorities, in order to establish a cause of action for malicious prosecution of either a criminal or civil proceeding, a plaintiff must demonstrate "that the prior action (1) was commenced by or at the direction of the defendant and was pursued to a legal termination in his, plaintiff's, favor [citations]; (2) was brought without probable cause [citations]; and (3) was initiated with malice [citations]."

By the facts of common causes of actions , the Civil Restraining Order of THIEN TRAN  can not found in any supported evidences excepted the Defamation and Lie Statements of THIEN TRAN , THU HIEN NGUYEN and VANESSA MORENO to obtain restraining order  to obstruct the JUSTICE that Plaintiff NGUYEN is Defendant THIEN TRAN's  Victim and other Crime as well as Plaintiff  was solicited by THIEN TRAN and THU HIEN NGUYEN  to commit SHAM marriage , Mortgage FRAUD and money laundering for  their Criminal Networks .

By the facts and with wrongdoing of Defendants in Violation to Federal and CA Constitutional rights to Plaintiff , Defendants let Plaintiff in seriously suffering in present and future in careers, government businesses, emotional distresses.

**Also , WEISS AND TRAN utilized the NEGLIGENCE of Attorney JAMES W. and MICHAEL L. of PLAINTIFF to collect FRAUD Attorney fees from 06/2014 to 2016 .**

As proximate result of defendants' s TORTS of Violation to MARCY LAW and CA constitutional Article 01 section 28 against Plaintiff , he has lost earnings and/or earning capacity and other employment benefits , and he has suffered , and continues to suffer , emotional distress, embarrassment , humiliation and mental anguish all to his damage in an amount according to proof. He was still in

34

MEDICAL TREAMENTS not only in PHYSICAL BUT ALSO in MENTAL HEATH with emotional distresses.

29.  Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants  an amount  according to proof.

 As the result of Defendant's Intentional TORTS   , and harassment as alleged herein , Plaintiff is entitled to his attorney's fee and cost of suit as provided by law.

**Also , Defendant put PLAINTIFF in very serious harms from their abuse of LAW in failing to protect CRIME VICTIM and WITNESS.**

**WHEREFORE, Plaintiff request relief as hereinafter provided.**

## CAUSE OF ACTION 10:
## CIVIL HARASSMENT.

**Plaintiff hereby re-alleges and incorporates by reference , as thought fully set forth herein, the allegation contained in each and every preceding paragraph of this complaint .**

The **civil harassment laws** say **"harassment"** is: Unlawful violence, like assault or battery or stalking, OR. A credible threat of violence, AND. The violence or threats seriously scare, annoy, or **harass** someone and there is no valid reason for it.

As above fact of Commons Causes of Actions , THIEN TRAN and THU HIEN NGUYEN threatened and committed unlawful violence to Plaintiff and his relatives  .

**On 12/10/2016 , Defendant TRAN and WEISS got death threats to Plaintiff and his god parents at 10288 WESTMINSTER , Garden GROVE , CA 92843.(#16-066851)**

31. By the facts and with wrongdoing of Defendants in Violation to Federal and CA Constitutional rights to Plaintiff , Defendants let Plaintiff in seriously suffering in present and future in careers, government businesses, emotional distresses.

   As proximate result of defendants' s TORTS of Violation to MARCY LAW and CA constitutional Article 01 section 28 against Plaintiff , he has lost earnings and/or earning capacity and other employment benefits , and he has suffered , and continues to suffer , emotional distress, embarrassment , humiliation and mental anguish all to his damage in an amount according to proof. He was still in MEDICAL TREAMENTS not only in PHYSICAL BUT ALSO in MENTAL HEATH with emotional distresses.

32. Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants  an amount  according to proof.

  As the result of Defendant's Intentional TORTS   , and harassment as alleged herein , Plaintiff is entitled to his attorney's fee and cost of suit as provided by law.

**Also , Defendant put PLAINTIFF in very serious harms from their abuse of LAW in failing to protect CRIME VICTIM and WITNESS.**

36

**WHEREFORE, Plaintiff request relief as hereinafter provided.**

# CAUSE OF ACTION 11

## VIOLATION OF FEDERAL PRIVACY ACT   WITH  OBSCURE MOTIVE IN COLLECTING  INTELLIGENCE  FOR FOREIGN GOVERN -MENT.

**Plaintiff hereby re-alleges and incorporates by reference , as thought fully set forth herein , the allegation contained in each and every preceding paragraph of this complaint .**

### Conditions of disclosure

The Federal Privacy Act  1974 states in part:

No agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains...

There are specific exceptions for the record allowing the use of personal records:

5. For statistical purposes by the Census Bureau and the Bureau of Labor Statistics
6. For routine uses within a U.S. government agency
7. For archival purposes "as a record which has sufficient historical or other value to warrant its continued preservation by the United States Government"
8. For law enforcement purposes
9. For congressional investigations
10. Other administrative purposes

As the above facts , Defendants got liable under this cause of actions in intentional and unlawfully obtained Military , Medical and Privacy records to forward to  Vietnamese Intelligence Agency ofor exchange money and benefits .

By the facts and with wrongdoing of Defendants in Violation to Federal and CA Constitutional rights to Plaintiff , Defendants let Plaintiff in seriously suffering in present and future in careers, government businesses, emotional distresses.

**Also , WEISS AND TRAN utilized the NEGLIGENCE of Attorney JAMES W. and MICHAEL L. of PLAINTIFF to collect FRAUD Attorney fees from 06/2014 to 2016 .**

As proximate result of defendants' s TORTS of Violation to MARCY LAW and CA constitutional Article 01 section 28 against Plaintiff , he has lost earnings and/or earning capacity and other employment benefits , and he has suffered , and continues to suffer , emotional distress,

embarrassment, humiliation and mental anguish all to his damage in an amount according to proof. He was still in MEDICAL TREAMENTS not only in PHYSICAL BUT ALSO in MENTAL HEATH with emotional distresses.

34.  Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants  an amount  according to proof.

As the result of Defendant's Intentional TORTS  , and harassment as alleged herein , Plaintiff is entitled to his attorney's fee and cost of suit as provided by law.

**Also , Defendant put PLAINTIFF in very serious harms from their abuse of LAW in failing to protect CRIME VICTIM and WITNESS.**

**WHEREFORE, Plaintiff request relief as hereinafter provided.**

## CAUSE OF ACTION 12
## FRAUD

**Plaintiff hereby re-alleges and incorporates by reference , as thought fully set forth herein , the allegation contained in each and every preceding paragraph of this complaint.**

**Fraud or fraudulent misrepresentation or misstatement is where a false statement is made to a person upon which that person relies and as a consequence of relying on that statement suffers some damage. In the case of fraudulent misrepresentation there is a claim in tort under the commonly used name of deceit.**

**As the above facts of common cause of actions, Defendants were liable on this cause of actions**

**when formed a FRAUDULENT civil case of restraining order to unlawfully obstruct Criminal Investigation and Obstruction to Justice and fraudulent deprive the Constitutional Rights of PLAINTIFF NGUYEN as Crime VICTIM .**

**As the facts , THIEN TRAN and THU HIEN NGUYEN maliciously made up a fraudulent fact that THU HIEN NGUYEN got PREGNANT but in fact that is a lie . They wanted to let PLAINTIFF come to their house to attempt MURDER PLAINTIFF.**

**The Restraining Order statements were made up and framed to cover their criminal plots.**

By the facts and with wrongdoing of Defendants in Violation to Federal and CA Constitutional rights to Plaintiff , Defendants let Plaintiff in seriously suffering in present and future in careers, government businesses, emotional distresses.

As proximate result of defendants' s TORTS of Violation to MARCY LAW and CA constitutional Article 01 section 28 against Plaintiff , he has lost earnings and/or earning capacity and other employment benefits , and he has suffered , and continues to suffer , emotional distress, embarrassment , humiliation and mental anguish all to his damage in an amount according to proof. He was still in MEDICAL TREAMENTS not only in PHYSICAL BUT ALSO in MENTAL HEATH with emotional distresses.

36.   Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants  an amount  according to proof.

As the result of Defendant's Intentional TORTS   , and harassment as alleged herein , Plaintiff is

entitled to his attorney's fee and cost of suit as provided by law.


**Also , Defendant put PLAINTIFF in very serious harms from their abuse of LAW in failing to protect CRIME VICTIM and WITNESS.**

**WHEREFORE, Plaintiff request relief as hereinafter provided.**

# CAUSE OF ACTION 13
# EXTORSION

Most states define extortion as the gaining of property or money by almost any kind of force, or threat of 1) violence, 2) property damage, 3) harm to reputation, or 4) unfavorable government action. While usually viewed as a form of theft/larceny, extortion differs from robbery in that the threat in question does not pose an imminent physical danger to the victim.

Extortion is a felony in all states. Blackmail is a form of extortion in which the threat is to expose embarrassing and damaging information to family, friends, or the public. Inherent in this common form of extortion is the threat to expose the details of someone's private lives to the public unless money is exchanged.

**By above facts of common of actions , Defendants included THIEN TRAN , THU HIEN NGUYEN tried to use Violence and Criminal motive to obtain money or benefits from Plaintiff.**

**On 12/10/2016 , Defendant WEISS and TRAN committed death threats and Tampering Witnesses as Garden Grove Report -16-066851 .**

Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants an amount according to proof.

As the result of Defendant's Intentional TORTS   , and harassment as alleged herein , Plaintiff is entitled to his attorney's fee and cost of suit as provided by law.

**Also , WEISS AND TRAN utilized the NEGLIGENCE of Attorney JAMES W. and MICHAEL L. of PLAINTIFF to collect FRAUD Attorney fees from 06/2014 to 2016 .**

**Besides, Defendant put PLAINTIFF in very serious harms from their abuse of LAW in failing to protect CRIME VICTIM and WITNESS.**

**WHEREFORE, Plaintiff request relief as hereinafter provided.**

## CAUSE OF ACTION 14
## CIVIL CONSPIRACY

A **civil conspiracy** or <u>collusion</u> is an agreement between two or more parties to deprive a third party of legal rights or deceive a third party to obtain an illegal objective.[1] A conspiracy may also refer to a group of people who make an agreement to form a partnership in which each member becomes the agent or partner of every other member and engage in planning or agreeing to commit some act. It is not necessary that the conspirators be involved in all stages of planning or be aware of all details. Any voluntary agreement and some <u>overt act</u> by one conspirator in furtherance of the plan are the main elements necessary to prove a conspiracy. A conspiracy may exist whether legal means are used to accomplish illegal results, or illegal means used to accomplish something legal.[2]"Even when no crime is involved, a civil action for conspiracy may be brought by the persons who were damaged."[1]

In the law of <u>tort</u>, the legal elements necessary to establish a civil **conspiracy** are substantially the same as for establishing a <u>criminal conspiracy</u>, i.e. there is an agreement between two or more <u>natural persons</u> to break the law at some time in the future or to achieve a lawful aim by unlawful means. The criminal law often requires one of the conspirators to take an overt step to accomplish the illegal act to demonstrate the reality of their <u>intention</u> to break the law, whereas in a civil conspiracy, an overt act towards accomplishing the wrongful goal may not be required.

As above facts of common cause of actions , Defendants were liable with this cause of actions from their racketeering activities in Attempting to MURDER , Battery , Committing to Sham Marriage and Immigration FRAUD as well as Money Laundering .

**Also , WEISS AND TRAN utilized the NEGLIGENCE of Attorney JAMES W. and MICHAEL L. of PLAINTIFF to collect FRAUD Attorney fees from 06/2014 to 2016 .**


Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants an amount according to proof.

As the result of Defendant's Intentional TORTS-Civil Conspiracy , and harassment as alleged herein , Plaintiff is entitled to his attorney's fee and cost of suit as provided by law.

**Also , Defendant put PLAINTIFF in very serious harms from their abuse of LAW in failing to protect CRIME VICTIM and WITNESS.**

**WHEREFORE, Plaintiff request relief as hereinafter provided.**

## CAUSE OF ACTION 15 :
## RICO CIVIL CLAIM ACTS

**Plaintiff hereby re-alleges and incorporates by reference , as thought fully set forth herein, the allegation contained in each and every preceding paragraph of this complaint.**

The Racketeer Influenced and Corrupt Organizations Act, commonly referred to as the RICO Act or simply RICO, is a United States federal law that provides for extended criminal penalties and a civil cause of action for acts performed as part of an ongoing criminal organization. The RICO Act focuses specifically on racketeering, and it allows the *leaders* of a syndicate to be tried for the crimes which they ordered others to do or assisted them in doing, closing a perceived loophole that allowed a person who instructed someone else to, for example, murder, to be exempt from the trial because he did not actually commit the crime personally.[1]  RICO was enacted by section 901(a) of the Organized Crime Control Act of 1970 (Pub.L. 91–452, **84** Stat. 922, enacted October 15, 1970), and is codified at 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968. G. Robert Blakey, an adviser to the United States Senate Government Operations Committee, drafted the law under the close supervision of the committee's chairman, Senator John Little McClellan. It was enacted as Title IX of the Organized Crime Control Act of 1970, and signed into law by Richard M. Nixon. While its original use in the 1970s was to prosecute the Mafia as well as others who were actively engaged in organized crime, its later application has been more widespread.  Beginning in 1972, 33 States included CALIFORNIA adopted state RICO laws to be able to prosecute similar conduct.

1.Plaintiff was a HARVARD Alumnus , a Scientist and Legal Scholar whom honorably served for the country in US Air Force  with many INJURIES  as well as President of HARVARD Alumni of US Air Force and got over 08 degrees from Bachelors to Doctorate by honor scholarships as well as got Honor scholarship from American Trial Lawyers Association and Honor Member of National District Attorneys Association . Plaintiff is a General Director of A US  Military Support Investigation Agency to help US Military and Federal Governments nationwide in Legal ,Research ,Intelligence and Technology  Training Services. Plaintiff was  experienced and qualified to practice LEGAL INVESTIGATION in Military , Federal and State Courts .

Plaintiff was an active member of Community whom President of a National Non Profit Organization to help US Veterans and Indigents in Education , Training and Legal Services.

2.  Defendant Thien Kinh Tran (born 1970) is a high school diploma holder , was in CRIMINAL CASES before in 1995 and 1998 ( GRAND THEFT and BURGARY) .He got a lot of violent records included hit PLAINTIFF's  Ex-Girlfriend Thu Hien Nguyen many times in the past. Thien Tran , as Thu Hien Nguyen's statement, was paid $30,000 by Thu Hien Nguyen's family to marry and sponsor Thu Hien Nguyen to US .However , he still sexually abused her  many times and also beat her many times like her statements and her boss CECILIA BUI 's statements( was AUDIOTAPED in mutual Consent ) as well.

3. On or about March 21, 2008 , Thien Tran framed a fake Loan Documents with name of Thu Hien Nguyen together  to get the loan approval of house at 7901 Dale , Buena Park , CA as Thu Hien Nguyen's statements. On 04/2014 , THU HIEN NGUYEN solicited PLAINTIFF NGUYEN to help her in FRAUD Mortgage involved her house at 7901 Dale Buena Park CA to run money Laundering for THIEN TRAN while he received illegal money from his illegal Activities and Solicitation in Sham Marriage and transferring illegal Money from Vietnam to US in back and forth to support Vietnamese Communist Agents in US and Vietnam.

On 01 to 03/2014 , While Knowing Thu Hien Nguyen for a short time , THU HIEN NGUYEN complained with PLAINTIFF that she was abused by THIEN TRAN in a sham marriage that she must pay for THIEN TRAN at least 30,000 dollars . However , THU HIEN NGUYEn did not pay in full and was requested by THIEN TRAN to pay $20,000 for her sham marriage contract she and THIEN TRAN was parties on 01/2002.To pay installment to THIEN TRAN as restitution , THU HIEN NGUYEN was a sex servant for THIEN TRAN and run illegal  money laundering networks and sham marriage businesses with THIEN TRAN from 2004 until now .

From 2003 to 2014 , THU HIEN NGUYEN admitted that she ran SHAM marriage to pay back MONEY and support many SHAM Marriage Businesses for THIEN TRAN as the way of TRAN living life . In her education , she committed Cheating and Plagiarism of her bachelor online program in dental hygiene as a fact of her FRAUDULENT characters. Thu Hien Nguyen still complained that she need to buy the new house and leave the 7901 Dale Buena Park from the control and abuse of THIEN TRAN.

3.Under THIEN TRAN's Forces and Solicitations ,On May 01 2014,  THU HIEN NGUYEN framed the fact that she was pregnant with PLAINTIFF NGUYEN that PLAINTIFF NGUYEN found out later that is a LIE , FRAUD and Fabrication to execute illegal EXTORTION plot from THIEN TRAN and THU HIEN NGUYEN .

At such point,on May 2014 , THU HIEN NGUYEN under THIEN TRAN directions, was complaining that she need $500,000 to buy a new house for her new BABY with Plaintiff NGUYEN ( THU HIEN NGUYEN as such point, got other Sexual-Relationship Boy Friend was named SUNNY DUONG ).
When PLAINTIFF NGUYEN denied to have $500,000 to pay such Extortion Plot of THU HIEN NGUYEN and THIEN TRAN , THU HIEN NGUYEN made a check $40,000 under name of SUNNDY DUONG then claimed was received from SUNNY DUONG as her Sex Partner and forced PLAINTIFF NGUYEN's money to let her in living life like a QUEEN .
Besides , While unsuccessfully forced PLAINTIFF's money , THIEN TRAN AND THU HIEN NGUYEN tried to solicit Plaintiff to make many sham marriage for many persons whom was in Vietnam and US and money laundering for them as well as used illegal way to do mortgage fraud of their properties that they got from illegal activities . Such their illegal solicitations were reported to Law Enforcement that pending Criminal Investigations .
Believing her Pregnant allegations with Plaintiff is TRUE (and found FRAUD later ) , Plaintiff must rent other place for THU HIEN NGUYEN like her desires but THU HIEN NGUYEN insisted Plaintiff must let she got a house that PLAINTIFF bought her under her NAME of Property tittle in unlawfully obtain MONEY under her Extortion Plot with Thien Tran .
   From Allegations of Thu Hien Nguyen about illegal activities of THIEN TRAN , Plaintiff NGUYEN advised Thu Hien Nguyen reported to Law Enforcements Agencies . Besides , Thu Hien Nguyen had threaten THIEN TRAN can kill Plaintiff NGUYEN if Plaintiff NGUYEN reported to Police and Federal Agencies .However , as an Expert in CRIMINAL INVESTIGATIONS with US Military and Federal Court , Plaintiff advised THU HIEN NGUYEN that Plaintiff will report THIEN TRAN to police and Federal Agencies .

7.  On or before the date of May 07 2014,Thu Hien Nguyen reported THIEN TRAN for Plaintiff Nguyen's INTENT in reporting their criminal activities .At such point , they set up a plan to " teach" Plaintiff a lesson like the warning of Thu Hien Nguyen some days before .
8.  On and before the date of May 07 2014, Thu Hien Nguyen made a phone call and

asked Plaintiff to deliver medicine and foods as well as give her $5000 in cash because she was feeling NOT well from GOT BABY ( but FAKE) and told PLAINTIFF stopped by her house at 7901 Dale Buena Park at 9 PM on 05/08/2014 .

9.  At such point , Plaintiff was surprising why THU HIEN NGUYEN needed him at night and can not deliver Food or medicine at Day time .However , from believing her Pregnant allegation , Plaintiff bought some foods and medicines for her cares .


8. After one day busy, On or about 9PM of May 08 , 2014, Plaintiff along with other volunteer at his Non Profit Legal Organization stopped by front of 7901 Dale , Buena Park to drop some medicine included some Vitamins as her request from May 07 .
While she was in bath room and did not receive phone from her and THIEN TRAN Plot , Plaintiff knocked the entrance door and was advised from Ms. Vanessa as a front rear roommate in his house that " This owner was very violent and crazy, he can hit you ". After that , Plaintiff stepped back and waited THU HIEN NGUYEN nearby the side walk ..
Suddenly, THIEN TRAN appeared with a deadly weapon as a metal PIPE( Aluminum Basket BAT ) and aggressively approached to me and say by Vietnamese:" Why you waited here for Thu Hien Nguyen and I will hit you if you are here ". I responded " Hien told me to hand her some medicine included Vitamins and I am waiting here at the public area ".

After that, TRAN used his metal pipe strongly pushed to Plaintiff Stomach , Head and Private Area with very strong forces , pushed Plaintiff many strong forces (as POLICE REPORT) in trying to kill PLAINTIFF .

*FROM attempt to kill  Plaintiff , he kept going to strongly push PLAINTIFF' MIDSECTION  and attacked to PRIVATE AREA many times and tried and attacked on   PLAINTIFF's head when rise the metal pipe to the head of PLAINTIFF.*

9.Later, he tried to use such metal pipe hit to Plaintiff's  head and Plaintiff can avoid second attack and Thu Hien Nguyen appeared. Seeing Plaintiff tried to call POLICE and Fearing she can be big trouble if their plot were discovered , Thu Hien Nguyen tried to intervene to the scene. She said " Tran, You cannot kill him now".After that , THIEN TRAN and THU HIEN NGUYEN backed to their house for discussing in how to answer if BUENA PARK POLICE can come at such point .
At such point , after calling 911 for helps , Plaintiff was advised to the Front Desk  of BUENA PARK POLICE for Request a Crime Investigation Reports .During about 30 minutes , Thu Hien Nguyen and Thien Tran discussed how to explain the unlawful ATTACK with MURDER motive with Police Officer .Thu Hien Nguyen made up stories with Officer Kotani when Officer Kotani obtained the statements from Thu Hien Nguyen that she falsely claimed that she separated from Plaintiff and THIEN TRAN used Metal Pipe to attack Plaintiff from Plaintiff harassed THU HIEN NGUYEN at such point .( as BUENA PARK POLICE REPORT).
Also, Thu Hien Nguyen and Thien Tran coached  VANESSA MORENO lied with Police that she never see any weapon from THIEN TRAN using to attack Plaintiff.

**Feared to Plaintiff's safety at such time, Plaintiff decided to call 911 and was advised to report the incident as a battery and ATTEMPT to MURDER case of Buena Park Police Department(POLICE REPORT NUMBER :14-21472) was forwarded to Orange County District Attorney Office for Criminal Prosecution.**

With such serious pains from suddenly attack from THIEN TRAN , Plaintiff  was hospitalized 05 hours in VA Military Hospital Long Beach after Plaintiff was in pains and vomiting( three times ) in morning of the date after ( May 09 , 2014) and still medical treatments until now  from such pains as well.
10.As an advice from  Officer Kotani and Officer Carter  of BUENA PARK Police Dept. as well as Plaintiff's press charges, The Battery and Attempted MURDER to forward the Orange County District Attorney Office for Prosecution .
At Such time , Thu Hien  made up a false stories as POLICE REPORT May 08 2014 and Court Transcript on JUNE 06 and JUNE 10 2014  to cover up her ex-fake husband and co-criminal conspirator Thien  Tran that she broke up with Plaintiff a week ago and she did not want Plaintiff to see her to falsely defense for THIEN TRAN attempted MURDER  in contrary with her oral request as her TEXTING to deliver food and medicine  in fact with electronic texts under witness of many persons included Plaintiff mom and family members.
 Also , Thu Hien Nguyen provided  a false statement with police officer at such time from she saw Thien Tran hit and commit to hit Plaintiff many times but she stated with POLICE that she did not see THIEN TRAN hit PLAINTIFF and claimed THIEN TRAN did not carry deadly WEAPON in contrary with THIEN TRAN statements that he used" Aluminum Basket bat to hit very strong to midsection and head of Nguyen " and THU HIEN NGUYEN claimed with Police that THIEN TRAN carried deadly weapon  to attack Plaintiff because Plaintiff was harassed her at such time as the make-up stories from THIEN TRAN and THU HIEN NGUYEN  .
11.On May 13 , 2014 , Plaintiff filed a Restraining Order(TRO) against Thien Tran and granted a

50

temporary restraining order against Thien Tran .
On May 15, 2014 , by discussing with THU HIEN NGUYEN and tried to prevent Criminal
Investigations against THIEN TRAN and Thu Hien Nguyen , Thien Tran filed TRO against Plaintiff
but was denied at such time .

On May 15, 16 , 2014 , after discussing with THIEN TRAN , Thu Hien Nguyen called Plaintiff and His
Mom to insist Plaintiff cannot file any legal actions or criminal complaint to Police or Law
Enforcement agencies about Thien Tran Criminal Conducts as Battery by deadly weapon and attempt
to murder .

12.On May 16, 2014 , Thu Hien Nguyen with Sunny Duong stopped by before BUENA PARK
POLICE STATION to provide a false statement of the fact happened on May 08 2014 that THIEN
TRAN did not hit to Plaintiff. After that , she called Plaintiff and insisted Plaintiff to drop the charge
against her ex-husband and co-criminal conspirator .If Plaintiff failed to like that , Thu Hien Nguyen
will not keep his unborn baby (that is FAKE).
Also On May 16 , 2014 , Thu Hien Nguyen text to Plaintiff that " I want to inform you that I did not
have baby with you , that is the fake story ...".show Thu Hien Nguyen and Thien Tran plan to extort
and blackmail MONEY from Plaintiff.

On May 19 , 2014 , Defendant Tran and his Lawyer Miranda McCroskey made forgery to HIEN
NGUYEN's signature in the Declaration of Thu Hien Nguyen filed at Court to commit a violation of
falsified documents under oath .This matter was brought to the State Bar of California and DA
Investigator for further investigation.
13.On June 06 and June 10 , 2014 , Miranda Mccroskey, Esq coached and directed THIEN TRAN ,
HIEN NGUYEN and VANESSA MORENO lying the Court according to Court Transcripts to obtain
the false and FRAUD restraining order against Plaintiff .

From disappearance of many key witnesses like Scene Police Officer Kotani whom obtained
statements from THIEN TRAN that he used Metal pipe to attack Plaintiff as well as other witnesses,
Plaintiff NGUYEN was asking Defendant FRANZ MILLER to continue for getting the testimony of
Officer KOTANI and other Witnesses but Defendant FRANZ MILLER abused his judicial power in
failing to exercise the rights of PLAINTIFF as Crime victim was determined in BUENA PARK
POLICE report and under the 04 and 14 amendment of US Constitutions Law in the biased and
incompetent rulings on favor of THIEN TRAN as Criminal Defendant whom seriously attacked
Plaintiff and intent to kill PLAINTIFF as such point .
In additional , Defendant FRANZ MILLER turn around the fact and shown his discrimination and
incompetent conducts when he ruled on his minute order on 08/13/2014 that Plaintiff did not request
POLICE OFFICER to testify on 06/10/2014 .

With such unjust restraining order against Plaintiff as Crime Victim , Plaintiff was suffered in his Secret
Clearance works with DOD as well as Emotion Distress.

**In fact , Plaintiff NGUYEN complained this matter to Orange County Superior Court Office of
General Counsel from 02/2016 and Department of Justice from misuse and abusing use of the
restraining order , let Plaintiff in serious damages .**
**Also , WEISS AND TRAN utilized the NEGLIGENCE of Attorney JAMES W. and MICHAEL L.
of PLAINTIFF to collect FRAUD Attorney fees from 06/2014 to 2016 .**

51

To Sue involved Parties of this attempted murder and FRAUD case, Plaintiff filed a Civil Cases at Superior Court on 06/2014 . After period of time , Plaintiff decided to move the case as RICO Claim at this Federal Court to determine the damages and RICO criminal Conducts from involved Parties .

From 07/2015 until now , Andrew Weiss as Defendant's Counsel tried and illegally obtained Plaintiff Military and Personal Information in Violation to Crime Victim under MARSY LAW.( California Constitutions Article 01 Section 28 ).
On 09/2015 , Defendant Andrew Weiss contacted with Defendant Bryan Elkerton as a car Accident Counsel from other Plaintiff's case to unlawfully obtain medical records , treatments and other personal record in violated to Federal Privacy acts and Court Procedures.
 On 02 /2016 , Defendant Andrew Weiss and Thien Tran unlawfully contacted with Hansa Hannen as Owner of a Plaintiff's Private Mail box to unlawfully obtain Mails , Personal Information and his

Military Non Profit  Law Group's mails and Information .

Until now , Defendant Andrew Weiss unlawfully harassed and harassed to many relative members of Plaintiff by called , harassed and trespassing .
On 06/2014 and 08/2016 , Defendant Franz Miller failed to protect Crime Victim by  a restraining order and favor for Criminal Defendant THIEN TRAN and failed to exercise the right's crime victim under MARSY LAWS and 4, 14th amendments of US Constitutions .
Also, Defendant FRANZ MILLER unlawfully favored attorney fee for Defendant ANDREW WEISS and THIEN TRAN as Criminal Defendants.
   On 02/2016 , Defendant ROBERT MOSS unlawfully favored attorney fee to support the court abuse of process of ANDREW WEISS and THIEN TRAN in failing to protect CRIME VICTIM under CA Marsy law and CA Constitutions Article 02 section 28 .
On 08 /2016 , Defendant TIMOTHY STAFFORD failed to protect CRIME VICTIM by signed unlawful order to support Andrew WEISS and Criminal Defendant THIEN TRAN in seeking " CONTENT of PRIVATE MAIL BOX " of Plaintiff NGUYEN  in failing to protect CRIM victim under Marsy Laws and California Constitution Law Article 01 Section 28 .

   On 08/2014 , Defendant Miranda Mccroskey coached Defendants included Defendant VANESSA MIRANO in committed PERJURY and FRAUD as well as Obstruction to JUSTICE and Criminal Investigations.
Also, Defendant Miranda Mccroskey abused the court system by seeking fraudulent attorney fee that THIEN TRAN never pay for Defendant Mccroskey .
Besides, Defendant FRANZ MILLER abused his judicial power in failing to protect Crime VICTIM of attempted MURDER from defendant THIEN TRAN from incompetence and biased conducts to Plaintiff Tony Nguyen .

   THIEN TRAN told in police officer in Police Report that he did push with deadly weapon with some strong pressures to midsection of Plaintiff but changed stories in Court on JUNE 10 2014 that he NEVER  touch the metal pipe in very slightly force  according to Court Transcripts.

   THU HIEN NGUYEN made up stories in something conflicted with her statement to police on May 08 that she did not want plaintiff come but he still to come , in contrary with fact , witnesses as well as texting communication as admissible evidence before the court  according to Court Transcripts that

Plaintiff did come to Tran House on May 08 , 2014 to deliver Medicine and food for HIEN NGUYEN medical condition as well as Unborn baby like she claimed but that is a FRAUD found later from she and THIEN TRAN formed a EXTORSION plot to unlawfully obtain money and property from Plaintiff

Also , Thu-Hien Nguyen made up stories to mislead and provided false statement to the Court on June 06 2014 and June 10 2014 .
These PROVIDING FALSIFIED DOCUMENTS ,LYING TO COURT and PEJURY of THIEN TRAN, THU HIEN NGUYEN , MIRANDA MCCROSKEY AND VANESSA MORENO was reported to BUENA PARK POLICE AND DA Criminal Investigator on JUNE 11 and JUNE 12 2014 with the pending INVESTIGATION .
On June 10 2014 , HIEN NGUYEN informed with PLAINTIFF on the Court Hearing that she was in miscarriage with Plaintiff.

14.From THIEN TRAN , Miranda Mccroskey coaching , VANESSA MORENO made up a story that Plaintiff also stopped by the Tran's house on MAY 09 2014 even Plaintiff in Military Hospital Emergency Room at such time according to Court Transcripts as well as made up many stories to mislead and provide false statement to the Court on June 06 2014.
As the result of defendants' s torts conducts, The Court made error on their decision on June 10 2014 but was found in errors and got approval hearing on July 14 2014 again for this restraining order against THIEN TRAN from prior disqualification and errors in finding evidence and key witnesses like directly Police Officer was not shown up at such time .
From 06/2014 until now , THIEN TRAN , Mccroskey , WEISS and Elkerton unlawfully tried to obtain and obtained personal and Military Information included MEDICAL RECORDS, Personal mailing and Plaintiff's Military Non Profit Law Group .Besides, they altered and made up Military Records that violated Federal laws and Federal Privacy Acts 1974.

**On 12/10/2016 , Defendant WEISS and TRAN committed DEATH THREATS and WITNESS TAMPERING with Plaintiff and his god parents at 10288 WESTMINSTER CA 92843 .**

Also, Plaintiff believed and have many reasons to believe the Defendants tried to forwarded Plaintiff's Military and Personal Information to Vietnamese Central Communist Agency for unlawful support to Foreign Intelligent Agency in violation to Federal Laws .
**18.As fact , Plaintiff NGUYEN was determined CRIME VICTIM of Battery by deadly WEAPON and Attempt MURDER by Police of Buena PARK , Orange County District Attorney and California VICTIM Compensation BOARD from their criminal INVESTIGATIONS and LAWS. Therefore, he should be protected by federal Laws, Marsy Laws .In contrary , by biased, Fraudulent , and Incompetent Conducts, Defendants Put Plaintiff into a very dangerous circumstance when gave Criminal defendants a miscarriage justice order to let Plaintiff in serious harms.**

As the facts of common cause of actions ,All of  Defendants were liable on below causes of  RICO civil claims:

**RICO LAWSUIT CIVIL CLAIMS.**
**INTENTIONAL INFLCITION EMOTION DISTRESS.**

**Cause 01: Obstruction of Justice**
**Cause 02: Battery by DEADLY WEAPON to attempt MURDER VICTIM-WITNESS.**
**Cause 03: Obstruction of Criminal Investigations.**
**Cause 04: Committed and Solicitation to commit Immigration Frauds**
**Cause 05 : Money Laundering .**
**Cause 06: Solicitation to support Foreign Agents'**
**International Illegal Criminal Activities .**
**Cause 07: Civil Conspiracy .**
**Cause 08 : Mail THEFT to unlawfully obtain CRIME VICTIM Information .**
**Cause 09 : Mortgage FRAUD.**
**Cause 10 : Tampering to Witnesses to fraudulent obtained the Restraining Order against**
**VICTIM'S-WITNESS.**
**Tampering Witness to taking advantage on Criminal and Civil Cases.**
**Cause 11 : Extortion .**
**Cause 12 : Human Trafficking by Sham Marriage .**

**REQUEST RICO CRIMINAL CRIMINAL INVESTIGATIONS.**

As above facts of common cause of actions , Defendants were liable with this cause of actions from their racketeering activities in Attempting to MURDER , Battery , Committing to Sham Marriage and Immigration FRAUD as well as Money Laundering .

Defendants committed the acts alleged herein maliciously , fraudulently and oppressively , with the wrongful intention of injuring Plaintiff , from an improper and evil motive amounting to malice , and in conscious disregard of Plaintiff's right. Plaintiff is thus entitled to recover punitive damages from all Defendants  an amount  according to proof.

As the result of Defendant's Intentional TORTS   , and harassment as alleged herein , Plaintiff is entitled to his attorney's fee and cost of suit as provided by law.

**Also , Defendant put PLAINTIFF in very serious harms from their abuse of LAW in failing to protect CRIME VICTIM and WITNESS.**

**WHEREFORE, Plaintiff request relief as hereinafter provided.**

# PLAYER FOR RELIEF

## FEDERAL ANSWERS TO QUESTIONS :

10. DETERMINE  Error Hearing Rulings on 06/10/2014 and 06/06/2014 of Defendant FRANZ MILLER  is UNCONSTUTIONAL,VIOLATIONS TO US CONSTITUTIONS , CA CONSTITUTIONS AND FEDERAL LAWS and INVALID  as well as VIOLATIONS TO CRIME VICTIM UNDER MARSY LAWS AND FEDERAL LAW and 42 U.S.C 1983 .

11. DETERMINE THIEN TRAN , THU HIEN NGUYEN , ANDREW WEISS , MIRANDA MCCROSKEY  committed PERJURY and OBSTRUCTION TO JUSTICE and OBSTRUCTION TO CRIMINAL INVESTIGATIONS by THE FACT AND ORAL STATEMENTS UNDER OATH .

12. **US CITIZENSHIP OBTAINED BY THU HIEN NGUYEN IS A SHAM MARRIAGE AND ORDER TO US DOJ PROCESS TO DE-naturalize to THU HIEN THI NGUYEN  as well as from THIEN TRAN , ANDREW WEISS  CONNECTION and SUPPORTED TO VIETNAMESE COMMUNIST INTELLIGENT AGENCY as a TREATSON TO US IN SUPPORTING  TO CRIMINAL MONEY LAUNDERING FOR FOREIGN and COMMUNIST COUNTRY .**

WHEREFORE, Plaintiff requests relief as follows:

1/ DEFENDANT THIEN TRAN :

1. For damages according to proof including loss of earnings , earning potential and other benefits around $500,000.

2.For compensatory damages for losses resulting from humiliation , mental anguish harm to reputation and emotional distress according to proof about $200,000.

3. For treble damages as provided by Civil Code Section 52(a)about $1000,000.

4. For interest on the amount of losses incurred in earnings , deferred compensation and other employee benefits at the prevailing rates about $100,000.

5. For punitive damages in an amount sufficient to punish Defendants for wrongful Conduct alleged herein and to deter such conduct in the future about $300,000.

6. For cost of suit incurred herein about $50,000.

7. For attorney 's fees and costs as provided by law about $50,000.

8. For further relief as the Court may deem just and proper.

Total : $2,300,000 USD.

2/ DEFENDANT THU HIEN NGUYEN :

1. For damages according to proof including loss of earnings , earning potential and other benefits around $500,000.

2.For compensatory damages for losses resulting from humiliation , mental anguish harm to reputation and emotional distress according to proof about $200,000.

3. For treble damages as provided by Civil Code Section 52(a)about $1000,000.

4. For interest on the amount of losses incurred in earnings , deferred compensation and other employee benefits at the prevailing rates about $100,000.

5. For punitive damages in an amount sufficient to punish Defendants for wrongful Conduct alleged herein and to deter such conduct in the future about $300,000.

6. For cost of suit incurred herein about $50,000.

7. For attorney 's fees and costs as provided by law about $50,000.

8. For further relief as the Court may deem just and proper.

Total : $2,300,000 USD.

3/ DEFENDANT  ORANGE COUNTY SUPERIOR COURT  :

1. For damages according to proof including loss of earnings , earning potential and other benefits around $250,000.

2.For compensatory damages for losses resulting from humiliation , mental anguish harm to reputation and emotional distress according to proof about $2000,000.

3. For treble damages as provided by Civil Code Section 52(a)about $50,000.

4. For interest on the amount of losses incurred in earnings , deferred compensation and other employee benefits at the prevailing rates about $50,000.

5. For punitive damages in an amount sufficient to punish Defendants for wrongful Conduct alleged herein and to deter such conduct in the future about $150,000.

6. For cost of suit incurred herein about $25,000.

7. For attorney 's fees and costs as provided by law about $25,000.

8. For further relief as the Court may deem just and proper.

Total : $2,550,000 USD.

4/ DEFENDANT MIRANDA MCCROSKEY :

1. For damages according to proof including loss of earnings , earning potential and other benefits around $500,000.

2.For compensatory damages for losses resulting from humiliation , mental anguish harm to reputation and emotional distress according to proof about $200,000.

3. For treble damages as provided by Civil Code Section 52(a)about $100,000.

4. For interest on the amount of losses incurred in earnings , deferred compensation and other employee benefits at the prevailing rates about $100,000.

5. For punitive damages in an amount sufficient to punish Defendants for wrongful Conduct alleged herein and to deter such conduct in the future about $300,000.

6. For cost of suit incurred herein about $50,000.

7. For attorney 's fees and costs as provided by law about $50,000.

8. For further relief as the Court may deem just and proper.

Total : $1,300,000 USD.

5/ DEFENDANT ANDREW WEISS :

1. For damages according to proof including loss of earnings , earning potential and other benefits around $250,000.

2.For compensatory damages for losses resulting from humiliation , mental anguish harm to reputation and emotional distress according to proof about $1000,000.

3. For treble damages as provided by Civil Code Section 52(a)about $50,000.

4. For interest on the amount of losses incurred in earnings , deferred compensation and other employee benefits at the prevailing rates about $50,000.

5. For punitive damages in an amount sufficient to punish Defendants for wrongful Conduct alleged
herein and to deter such conduct in the future about $150,000.
6. For cost of suit incurred herein about $25,000.

7. For attorney 's fees and costs as provided by law about $25,000.
8. For further relief as the Court may deem just and proper.
Total : $1550,000 USD.
6/DEFENDANT BRYAN ELKERTON :
For damages according to proof including loss of earnings , earning potential and other benefits around
$500,000.
2.For compensatory damages for losses resulting from humiliation , mental anguish harm to reputation
and emotional distress according to proof about $200,000.
3. For treble damages as provided by Civil Code Section 52(a)about $100,000.
4. For interest on the amount of losses incurred in earnings , deferred compensation and other employee
benefits at the prevailing rates about $100,000.
5. For punitive damages in an amount sufficient to punish Defendants for wrongful Conduct alleged
herein and to deter such conduct in the future about $300,000.
6. For cost of suit incurred herein about $50,000.
7. For attorney 's fees and costs as provided by law about $50,000.
8. For further relief as the Court may deem just and proper.
Total : $1,300,000 USD.
7/DEFENDANT VANESSA MORENO :

For damages according to proof including loss of earnings , earning potential and other benefits around
$500,000.
2.For compensatory damages for losses resulting from humiliation , mental anguish harm to reputation
and emotional distress according to proof about $200,000.
3. For treble damages as provided by Civil Code Section 52(a)about $100,000.
4. For interest on the amount of losses incurred in earnings , deferred compensation and other employee
benefits at the prevailing rates about $100,000.
5. For punitive damages in an amount sufficient to punish Defendants for wrongful Conduct alleged
herein and to deter such conduct in the future about $300,000.
6. For cost of suit incurred herein about $50,000.
7. For attorney 's fees and costs as provided by law about $50,000.
8. For further relief as the Court may deem just and proper.
Total : $1,300,000 USD.

Dated: December 29 2016

By Tony Nguyen.

DEMAND FOR JURY TRIAL.

Plaintiff hereby demand a jury trial in the above actions.

Copy : 1. US Department of Justice.
      2.  US Department of Homeland Security .
      3.  US Department of Defense.
      4.  Federal Bureau of Investigations .
      5.  California Judicial Performance Commission.
      6.  State Bar of California .
      7.  Orange County District Attorney .
      8.  California Attorney General .
       9.  California Governor Office .
      10. US Congress-Involved Committee.
      11. White House-President  Office .

TONY NGUYEN


                Plaintiff,

        vs.


THIEN KINH TRAN .
THU HIEN NGUYEN .
VANESSA MORENO .
ANDREW WEISS.
MIRANDA MCCROSKEY .
BRYAN ELKERTON .
 ORANGE COUNTY SUPERIOR  COURT .

        Defendants.

THIEN KINH TRAN .
7901 DALE , BUENA PARK , CA 90620 .

THU HIEN NGUYEN .
7901 DALE , BUENA PARK , CA 90620 .

VANESSA MORENO .
7901 DALE ,BUENA PARK , CA 90620.

ANDREW WEISS.
**26459 Rancho Pkwy S**
**Lake Forest, CA 92630 .**


MIRANDA MCCROSKEY .
**18100 Von Karman Ave**
**Ste 850**
**Irvine, CA 92612-8110**

BRYAN ELKERTON .
**2 Venture Ste 400**
**Irvine, CA 92618**
ORANGE COUNTY SUPERIOR  COURT .
**700 CIVIC CENTER , SANTA ANA , CA 92704.**

*Conform Tort - ~~~~*

BRANCH

Postmark date if received by mail:

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SANTA ANA, CA 92702                    0108    07

Certified Mail Fee    $3.45

Extra Services & Fees
☐ Return Receipt (hardcopy)         $_____
☐ Return Receipt (electronic)       $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $_____
☐ Adult Signature Restricted Delivery $_____

Postage    $1.42

Total Postage and Fees    $7.67

Sent To   OC SUPERIOR COURT
           700 CIVIC CENTER
Street and Apt. No., or PO Box No.   SANTA ANA, 92702

City, State, ZIP+4®

PS Form 3800

CLAIMANT

Home Telephone        Work Telephone

City   FOUNTAIN VALLEY        State   Zip Code
                                CA     92708
above):

y                              State   Zip Code

ORMATION

                Time of Incident

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

OC COURT
700 CIVIC CENTER DRIVE
P.O. BOX 1994, SANTA ANA
CA 92702

9590 9403 0704 5196 3872 90

2. Article Number (Transfer from service label)

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent
                             ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

MATERIEL MANAGEMENT

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt

Total
Debit Card Remit'd
  (Card Name:Debit Card)
  (Account #:XXXXXXXXXXXX3735)
  (Approval #:389886)
  (Transaction #:888)
  (Receipt #:002060)
  (Debit Card Purchase:$15.78)
  (Cash Back:$0.00)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com

IAL BRANCH

## EXHIBIT 05 :

**CASE #2014-21472 -BUENA PARK POLICE -ATTEMPTED MURDER-
BATTERY  BY DEADLY WEAPON ).**

**CASE #     16-6027817   - STATE OF CALIFORNIA VICTIM COMPENSATION
BOARD DETERMINED NGUYEN IS CRIME VICTIM OF ATTEMPTED
MURDER FROM CRIME DEFENDANT THIEN TRAN .**

REQUESTS FOR DESIGNATION RECORDS
APPEAL CASE SU-2014-007777700 AND
SU-2014-007777-0



# BUENA PARK POLICE DEPARTMENT

Officer Report for Incident 14-21472

| | |
|---|---|
| **Nature:** 245 | **Address:** 7901 DALE ST; STA CALL; DELAYED POSS |
| **Location:** 90 | Buena Park CA 90620 |

| | | |
|---|---|---|
| **Offense Codes:** ASOW | | **Agency:** BPPD |
| **Received By:** Vaughn A | **How Received:** 9 | |
| **Responsible Officer:** Kotani D | **Disposition:** ACT 05/08/14 | |
| **When Reported:** 21:44:44 05/08/14 | **Occurred Between:** 21:32:32 05/08/14 and 21:32:39 05/08/14 | |

| | | |
|---|---|---|
| **Assigned To:** Burciaga E | **Detail:** ROB | **Date Assigned:** 05/14/14 |
| **Status:** ASN | **Status Date:** 05/14/14 | **Due Date:** **/**/** |

## Offense Codes

**Primary Offense:** ASOW Aggravated Assault,Othr Weapon

**Additional Offense:** ASOW Aggravated Assault,Othr Weapon

## Circumstances

| | | |
|---|---|---|
| **Responding Officers:** | **Unit :** | |
| Kotani D | 033 | |
| Dieringer R | 036 | |

| | |
|---|---|
| **Responsible Officer:** Kotani D | **Agency:** BPPD |
| **Received By:** Vaughn A | **Last Radio Log:** **:**:** **/**/** |
| **How Received:** 9 911 Line | **Dispatch Clearance:** RPT Report to Follow/Crime/Arrest |
| | **Records Disposition:** ACT Date: 05/08/14 |
| **When Reported:** 21:44:44 05/08/14 | **Occurred between:** 21:32:32 05/08/14 |
| **Judicial Status:** SDA | **and:** 21:32:39 05/08/14 |
| **Misc Entry:** | |

| | | |
|---|---|---|
| **Modus Operandi:** | **Description :** | **Method :** |

## Involvements

| Date | Type | Description | |
|---|---|---|---|
| 05/08/14 | Name | TRAN, THIEN KINH | SUSPECT |

06/04/14

Generated by CamScanner

| 05/08/14 | Name | NGUYEN, ANTHONY | VICTIM |
| 05/08/14 | Name | NGUYEN, THU HIEN THI | OTHER |
| 05/08/14 | Cad Call | 21:44:44 05/08/14 245 | Initiating Call |
| 05/08/14 | Property | Bat METAL BB USED DURING THE INCI 0 | EVIDENCE |
| 05/12/14 | Evidence | metal bat | Evidence Incident |

06/04/14

**Generated by CamScanner**

Board Member
JULIE NAUMAN
Executive Officer

...PLICATION FOR VICTIM COMPENSATION
...NT: Anthony   Nguyen
...OF CRIME: 5/8/2014
...' NUMBER:   16-6027817

...r Anthony Nguyen

...e are writing to tell you that you are eligible for help from the Victim Compensation Program.  The different kinds of ...penses that this program covers are listed in the Important Information sheet that we sent you when we received your ...pplication.

Whenever you send us bills, please include any information about other reimbursement sources that could pay all or part of your expenses.  The most common sources are medical and auto insurance, State Disability Insurance (SDI), and Medi-Cal.  Less common examples include Workers' Compensation, Healthy Families, Medicare, and homeowners' or business insurance.

If you have filed or plan to file a civil suit that relates to this crime, we will need the name, address, and phone number of your civil suit attorney.  Before we can pay your losses, we need to know about any other source that has paid or might pay them.

If you have any questions, please call your local Victim Witness Center or the Victim Compensation Program.

Sincerely,

Customer Service Representative
Victim Compensation Program
(800) 777-9229

**Generated by CamScanner**

EXHIBITS -WEISS 's DEATH THREATS and BAR DISCIPLINE CASE

# G

**CITY OF GARDEN GROVE**
**POLICE DEPARTMENT**

16066851

CSO OLMSTEAD 4457

**GARDEN GROVE**

12-11-16

We have received your complaint against a California attorney and have assigned it the number shown below. We will contact you when our evaluation of your matter is complete.

Thank you for your patience.

OFFICE OF CHIEF TRIAL COUNSEL / INTAKE        WEISS

Inquiry # _____

1

2   Anthony Nguyen ,HARVARD PosDoc-JD-LLM -MS-M.Arch-MBA.

3   US Air Force Disabled Honor Veteran
    PO BOX 1772 Anaheim CA 92815

4

5

6

7

8

9

10   **Superior Court of the State of California**

11   **For the County of ORANGE**

12

13   Thien Tran                          )
                                          )Case No. 30-2014-00722873
14           Plaintiff,                   )
         vs.                              )EX PARTE NOTICE OF MOTION AND EX-
15                                        )PATE-MOTION TO QUASH SERVICE;
                                          )MEMORANDUM OF POINTS AND
16   Anthony Nguyen                       )AUTHORITIES
             Defendant                    ) EX PARTE -MOTION TO VACATE
17   ( ANTHONY NGUYEN IS CRIME VICTIM     )RULINGS ON 12/12/2016 DEPT 15 FROM
18   of THIEN TRAN(case #2014-21472-Attempt )PARTY NGUYEN WAS SICK  **FROM**
     to MURDER -BATTERY-BUENA PARK        )**DEATH THREATS OF MR.**
19   POLICE)                              **WEISS(GGPD#16066851 , CANNOT SHOWN**
     PENDING FEDERAL RICO CRIMINAL        UP AT COURT AND HE NEVER HAVE ANY
20   AND CIVIL CLAIMS AGAINST THIEN       PAPERS  SERVED BY PARTY TRAN .
     TRAN AND HIS COUNSEL ANDREW           EX PARTE MOTION TO STAY COURT
21   WEISS ON ATTEMPTED MURDER AND        PROCEEDING FROM PENDING FEDERAL
22   OBSTRUCTION TO JUSTICE-)             CRIMINAL AND CIVIL RICO SUIT
                                          AGAINST THIEN TRAN ,WEISS AND
23                                        OTHER PARTIES .
24                                        EXHIBITS .DECLARATIONS.

25                                        DATE:  12/19 /2016 ) NEW DATE :12/21/2016

26
                                         TIME:1h30PM
27                                       DEPT: C66.
                                         **Reservation :72500215.**
28   ─────────────────────